UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC.,

PLAINTIFFS,

v.

AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FRED ENGH d/b/a NWDEALZ, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, and JOHN DOES 1 to 25.

DEFENDANTS.

CIVIL ACTION

No. 24-9429 (KPF)

**ORDER FOR SUBSTITUTE SERVICE**

In accordance with Rules 4(e)(1) and 4(h)(1)(A), Federal Rules of Civil Procedure, and California Corporations Code § 17701.16, the Court finds that Plaintiffs have attempted service upon defendant **FORTUNA KG LLC,** a California Limited Liability Company, and that such company cannot be served with reasonable diligence as provided for by statute. It is accordingly

**ORDERED** that Plaintiffs' motion for leave to effect alternative service of Top Experience Company LLC upon the California Secretary is hereby **GRANTED.** Plaintiffs shall promptly effect service upon the California Secretary of State in accordance with California Corporations Code § 17701.16

SO ORDERED.

Dated:    January 16, 2025
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE