**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 1494200

Attorney: Koffsky Schwalb LLC
Address: 500 7th Ave., 8th Floor New York, NY 10018

FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC.,

*Plaintiff*

**vs**

AFFABLE AVENUE LLC dba CJ DIST, et al.,

*Defendant*

**Civil Action No.:** 1:24-cv-09429-KPF

**Client's File No.:**

**Court Date:**

**Date Filed:** 12/11/2024

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**Ricardo Curo**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **1/23/2025**, at **9:08 PM** at: **16513 72ND AVE., FRESH MEADOWS, NY 11365** Deponent served the within **Summons in a Civil Action, Civil Action Complaint with Exhibits and Civil Cover Sheet**
On: **EYTAN GROSSMAN d/b/a EYG DEALS**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendant's
[] actual place of business / employment [X] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#3 OTHER**
I attempted service on 01/15/25 @ 6:23 a.m., on 01/16/25 @ 1:13 p.m. and on 01/23/25 @ 9:08 p.m. There was no answer on all attempts. On my second attempt, a female neighbor at 165-11 72nd Avenue confirmed the Subject's residency. On my final attempt I affixed the documents to the door. The house has 2 doors, a glass door with a white frame and a white door. There are white windows and red brick walls.

☒ **#6 MAILING**
**Ricardo Curo** being duly sworn, deposes and says: that deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by mail on **01/24/2025** to **EYTAN GROSSMAN d/b/a EYG DEALS** at **16513 72ND AVE., FRESH MEADOWS, NY 11365** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.
:

Sworn to before me on 01/24/2025

Lauren A. Vasil
Notary Public, State of New York
Registration No. 01VA6184115
Qualified in Nassau County
Commission Expires 05/29/2028

Ricardo Curo
License # 2034227- DCA