

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

February 12, 2025

**VIA ECF ONLY**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



> **Re:** *Flycatcher Corp. Ltd. v. Affable Avenue LLC et al.*
> **Case No. 24-cv-09429 (KPF)**

Dear Judge Polk Failla:

This office represents defendant Top Experience Company LLC d/b/a We Pay Cost LLC ("TEC") in the above-captioned matter. We write to the Court now to request 30 days from February 18, 2025 to respond to the Complaint. Counsel for Flycatcher consents to the foregoing request.

Pursuant to Fed. R. Civ. P. ("Rule") 6(b)(1)(B), TEC respectfully submits that "excusable neglect" exists to warrant the brief extension of time sought here — 30 days — to respond to the complaint. TEC was purportedly served with the Summons and Complaint on January 17, 2025 pursuant to Rule 4(h)(1)(B), i.e., by delivering the Summons and Complaint to an official of the state authorized to receive service on TEC's behalf. (ECF 58.) Thereafter, pursuant to Rule 12(a)(1)(A)(i), TEC had until February 7, 2025 to respond to the Complaint. However, TEC has never to its knowledge ever received a copy of the Summons and Complaint from the California Secretary of State.[1]

Moreover, the undersigned was just retained by TEC yesterday afternoon and is in the process of investigating the Complaint's allegations, including, but not limited to, the basis for

---

[1]     TEC has kept abreast of the litigation via PACER.

Hon. Katherine Polk Failla, U.S.D.J.
February 12, 2025
Page 2 of 2

plaintiff's claim that this Court has personal jurisdiction over TEC which is a California-based company. (ECF 1, ¶ 11.)  The need for an investigation into the facts underlying the Complaint, coupled with the press of other matters before this and other courts, necessitates the brief extension requested here.

Pursuant to § 2(C)(i) of Your Honor's Individual Rules of Practice, TEC further responds as follows:

    i.      TEC has not made a prior request to extend its time to respond to the Complaint; and

    ii.     TEC's request does not affect any other presently scheduled dates.

The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc:   All Counsel of Record (*via ECF*)


Application GRANTED.  Defendant Top Experience Company LLC
shall answer or otherwise respond to the complaint on or before
**March 20, 2025.**

The Clerk of Court is directed to terminate the pending motion
at docket entry 62.

Dated:    February 13, 2025      SO ORDERED.
         New York, New York

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE