UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC.,

PLAINTIFFS,

V.

AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FRED ENGH d/b/a NWDEALZ, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, and JOHN DOES 1 to 25.

DEFENDANTS.

CIVIL ACTION

No. 24-9429 (KPF)

**NOTICE OF DISMISSAL AS TO**

**DEFENDANT FRED ENGH**

**PLEASE TAKE NOTICE** that in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss their claims against defendant Fred Engh d/b/a NORVI. All other claims against all other defendants are unaffected.

Dated: New York, New York
March 27, 2025

KOFFSKY SCHWALB LLC

By: *Tal S. Benschar*

Efrem Schwalb
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, New York 10018
(646) 553-1590

*Attorneys for Plaintiffs*
*Flycatcher Corp. Ltd.*
*and Flycatcher Toys Inc.*