UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FRED ENGH d/b/a NWDEALZ, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, and JOHN DOES 1 to 25. <br><br> DEFENDANTS. | CIVIL ACTION <br><br> No. 24-9429 (KPF) <br><br> **NOTICE OF DISMISSAL AS TO** <br><br> **DEFENDANT FRED ENGH** |

**PLEASE TAKE NOTICE** that in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss their claims against defendant Fred Engh d/b/a NORVI.  All other claims against all other defendants are unaffected.

Dated: New York, New York
       March 27, 2025

KOFFSKY SCHWALB LLC

By: *Tal S. Benschar*

Efrem Schwalb
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, New York  10018
(646) 553-1590

*Attorneys for Plaintiffs*
*Flycatcher Corp. Ltd.*
*and Flycatcher Toys Inc.*

The Clerk of Court is directed to terminate defendant Fred Engh from the docket.

Dated:   March 28, 2025                SO ORDERED.
         New York, New York

                                       *Katherine Polk Failla* (signature)

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE