**KOFFSKY SCHWALB**LLC

Tal S. Benschar
tbenschar@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

April 7, 2025

**VIA ECF and EMAIL**
Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, NY 10007



Re: *Flycatcher Corp. Ltd. et al v. Affable Avenue LLC, et al*.
<u>No. 1:24-cv-09429-KPF</u>

Dear Judge Failla:

This firm represents plaintiffs Flycatcher Corp. Ltd. and Flycatcher Toys Inc. (collectively "Flycatcher"). Attached is the parties' proposed Case Management Plan. It includes input from counsel for defendant Top Experience Company LLC. Counsel for Affable Avenue has not reverted with comments or changes.

Respectfully Submitted,

*Tal S. Benschar*

Tal S. Benschar

```
The Court declines to endorse the proposed case management
plan (CMP) at this time because it will discuss the issues
raised in the proposed CMP at the conference scheduled for
this Friday, April 11, 2025.

Dated:     April 7, 2025             SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE