UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD, and FLYCATCHER TOYS INC., <br><br> Plaintiffs, <br><br> -v.- <br><br> AFFABLE AVENUE LLC d/b/a CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., and JOHN DOES 1 to 25, <br><br> Defendants. | 24 Civ. 9429 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court has reviewed the pre-motion letter filed by Defendant Top Experience Company LLC ("TEC") (Dkt. #129); Plaintiffs' letter in opposition (Dkt. #135); and the pre-motion letter filed by Defendant Affable Avenue LLC (Dkt. #139). The Court will address the issues raised in these letters at a pre-motion conference on **May 29, 2025**, at **11:00 a.m.** The conference will take place via telephone. At the scheduled time, the parties shall dial (855) 244-8681 and enter access code 2315 780 7370.

2

The Clerk of Court is directed to terminate the pending motion at docket entry 139.

SO ORDERED.

Dated: May 22, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2