UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joel G. MacMull
Brian M. Block
**MANDELBAUM BARRETT PC**
510 Lexington Avenue, 21st Floor
New York, New York 10022
Tel.: 973-736-4600
Fax: 973-325-7467
Email: jmacmull@mblawfirm.com
bblock@mblawfirm.com

*Attorneys for Top Experience Company LLC d/b/a We Pay Cost LLC*

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC., *Plaintiffs*, v. AFFABLE AVENUE LLC, et. al., *Defendants*. | CIVIL ACTION NO. 24-cv-9429 (KPF) *Oral Argument Requested* **NOTICE OF TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Joel G. MacMull, Esq., dated June 20, 2025, as well as all prior papers and proceedings had herein, defendant Top Experience Company LLC d/b/a We Pay Cost LLC, respectfully moves this Court, before the Honorable Katherine

4922-4991-0350, v. 1

Failla U.S.D.J., United States District Court for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York, 10007, for an order dismissing Plaintiffs' Third Amended Complaint in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6).

                                                Respectfully submitted,
                                                **MANDELBAUM BARRETT PC**

                                                Joel G. MacMull, Esq.

Dated:  June 20, 2025