UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLYCATCHER CORP. LTD, and
FLYCATCHER TOYS INC.,

                Plaintiffs,

-v.-

AFFABLE AVENUE LLC d/b/a CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., and JOHN DOES 1 to 25,

                Defendants.

24 Civ. 9429 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The Court has reviewed Mr. MacMull's letter (Dkt. #158) regarding the brief filed by Mr. Feldman in support of Defendant Affable Avenue LLC's ("Affable") motion to dismiss the Third Amended Complaint (Dkt. #156).  The Court is dismayed to learn that Mr. Feldman might have used a large language model to generate a brief that contains citations to cases that do not exist and citations that are plainly incorrect.  The Court is further dismayed to learn that Mr. Feldman did not immediately report to the Court that the brief he

submitted contained these errors as soon as he learned this was the case. (Dkt. #158-1). Mr. Feldman knows that it is his professional obligation to read and confirm the existence and validity of the legal authorities on which he relies, especially when using a large language model. *Park* v. *Kim*, 91 F.4th 610, 615-16 (2d Cir. 2024). Accordingly, Mr. Feldman is hereby ORDERED to show cause in writing on or before **July 10, 2025**, why the brief in support of Affable's motion to dismiss should not be stricken from the docket and sanctions imposed against him pursuant to Federal Rule of Civil Procedure 11.

SO ORDERED.

Dated: June 26, 2025
       New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge