Eryn Y. Truong Esq.
305 N. Second Avenue, #127, Upland, CA 91786
917-672-3712 (direct line)
eryn.truong@lozaip.com | www.lozaip.com

July 21, 2025

**Via ECF and Electronic Mail**

Hon. Katherine Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2013
New York, New York 10007



    Re:    *Flycatcher Corp. Ltd. v. Affable Avenue LLC et al.*, Case No. 24-cv-009429

Dear Judge Failla:

This firm represents Defendant Valley Bodega Wholesale Inc. ("Valley Bodega") in the case *Flycatcher Corp. Ltd. v. Affable Avenue LLC et al.*, Case No. 24-cv-009429.

Pursuant to Section 2(C)(i) of Your Honor's Individual Rules, we write to respectfully request a one-week extension of time to file its reply brief as ordered by the Court on May 23, 2025 (ECF 144).

The original due date for Valley Bodega to file its reply is August 1, 2025. Thus, a one-week extension would bring the new deadline to August 8, 2025.

This extension would also correspond to Defendant Top Experience Company LLC d/b/a We Pay Cost LLC's similar request for an extension of time to file its reply brief.

Plaintiff consents to this request.

No prior request for an extension was previously made by Valley Bodega, and this extension of the time does not impact any other presently scheduled date.

                                                          Respectfully Submitted,

                                                          Eryn Y. Truong, Esq.

To: All Parties (via ECF)

*California § Colorado § Connecticut § District of Columbia § Illinois § New Jersey § New Mexico § New York § Texas § Utah § Washington*

Application GRANTED. The deadline for Defendant Valley Bodega Wholesale Inc. to file its reply brief is hereby ADJOURNED to on or before **August 8, 2025.**

Dated:   July 22, 2025          SO ORDERED.
         New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE