**KOFFSKY SCHWALB**LLC

Efrem Schwalb
eschwalb@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

July 22, 2025

**VIA ECF and EMAIL**
Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, NY 10007



Re:   *Flycatcher Corp. Ltd. et al v. Affable Avenue LLC, et al*.
      No.  1:24-cv-09429-KPF

Dear Judge Failla:

This firm represents plaintiffs Flycatcher Corp. Ltd. and Flycatcher Toys Inc. (collectively "Flycatcher").  We are in receipt of the Court's order for a conference on August 14, 2025.  However, I am not available then, as I will be out of town on a family vacation.  I accordingly request a short adjournment.

I have consulted with counsel for all parties, and they are available on August 18, 21 or 22.  We request that the Court adjourn the conference to one of those dates.  In the event these dates are unavailable, I am not available the last week of August but am generally available in September (other than Rosh Hashana which is September 23 and 24), although I did not coordinate September dates with the other parties.

Respectfully Submitted,

*Efrem Schwalb*

Efrem Schwalb

---

Application GRANTED.  The conference previously scheduled for August 14, 2025, is hereby ADJOURNED to **August 22, 2025,** at **10:00 a.m.**  Given that the parties agreed on this date, the Court will not grant another adjournment request regarding this conference absent exceptionally compelling circumstances.

The Clerk of Court is directed to terminate the pending motion at docket entry 172.

Dated:    July 22, 2025
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE