

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

August 11, 2025

**VIA ECF ONLY**

Hon. Katherine Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:  *Flycatcher Corp. Ltd. v. Affable Avenue LLC et al.*
     **Case No. 24-cv-09429 (KPF)**

Dear Judge Failla:

This office represents defendant Top Experience Company LLC d/b/a We Pay Cost LLC ("Top") in the above-captioned matter. Unfortunately, we must write the Court once more in connection with attorney Steven Feldman's filings with the Court based on our continued ethical obligations under NY RPC 3.3(a)(1), 8.4(a), (c)-(d), and (h).

Mr. Feldman's reply memorandum of law filed on August 8, 2025 (ECF 180) contains additional citations to non-existent cases. Specifically, Mr. Feldman's cites "*Himmelstein v. Comcast of the D.C., LLC*, 908 F.3d 49 (D.C. Cir. 2018), *aff'g*, 44 F. Supp. 3d 1 (D.D.C. 2012)," on ECF page 11 of his reply brief. But neither the circuit nor district court decision exist. We note that there is a reported decision by a similar name and different reporter citation, *Himmelstein v. Comcast of the Dist., L.L.C.*, 908 F. Supp. 2d 49 (D.D.C. 2012).[1]

These continued citation errors cause this office to expend far more time and resources reviewing a co-defendant's briefing than is ordinarily necessary. We trust the Court will address

---

[1]     We presume that Mr. Feldman intended to cite *Himmelstein, McConnell, Gribben, Donoghue & Joseph, LLP v. Matthew Bender & Co., Inc.*, 27 N.Y.3d 169, 171 N.E.3d 1192 (2021), a case which the other parties relied on extensively in their pre-motion letters and motion briefing. (ECF 129 at 3 n.4; ECF 151 at 34; ECF 167 at 22-25; and ECF 177 at 18.) This makes Mr. Feldman's fictitious citations all the more bizarre.

Hon. Katherine Failla, U.S.D.J.
August 11, 2025
Page 2 of 2

this latest citation issue in due course. But it is concerning to the undersigned that Mr. Feldman's most recent citation error occurred despite the "procedural safeguards" and avowed promises he swore to undertake in his response to the Court's Order to Show Cause. (ECF 164 at 5.)

      The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc:     All Counsel of Record (*via ECF only*)