UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC,  EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FRED ENGH d/b/a NWDEALZ, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, and JOHN DOES 1 to 25. <br><br> DEFENDANTS. | CIVIL ACTION <br><br> No. 1:24-cv-09429 <br><br> **AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT OF DEFENDANT EYAD WAHBY** |

TAL S. BENSCHAR hereby declares as follows:

1. I am counsel for Plaintiffs in this action.
2. This action was commenced pursuant to 15 USC 1114 and 1125.
3. The time for defendant Eyad Wahby to answer or otherwise move with respect to the complaint herein has expired.
4. Defendant Eyad Wahby has not answered or otherwise moved with respect to the complaint, and the time for defendant Eyad Wahby to answer or otherwise move has not been extended.
5. Defendant Eyad Wahby is not an infant or incompetent. Defendant Eyad Wahby is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, Plaintiffs request that the default of defendant Eyad Wahby be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

2

Dated: New York, New York
August 18, 2025

KOFFSKY SCHWALB LLC

By:*Tal S. Benschar*

Efrem Schwalb
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, New York  10018
(646) 553-1590

*Attorneys for Plaintiffs*
*Flycatcher Corp. Ltd.*
*and Flycatcher Toys Inc.*

2