**SCARINCI HOLLENBECK**
ATTORNEYS AT LAW

519 8TH AVENUE, 25TH FLOOR
NEW YORK, NY 10018
sh-law.com

**DAN BRECHER | Counsel**
dbrecher@sh-law.com
Phone: 212-286-0747
Cell: 917-861-5057
Facsimile: 212-808-4155

August 18, 2025
**Via ECF**
HONORABLE KATHERINE POLK FAILLA
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

    Re:
Flycatcher Corp. Ltd. et al v affordable Avenue LLC et al, 1: 24-cv-09429-KPF
LETTER_REQUEST to appear via Zoom or phone at August 22, 2025 conference

Dear Judge Failla,

We represent defendant Joshua Chavez in the above-referenced matter. We have just filed the answer of defendant Chavez to the Plaintiffs' Third Amended complaint.

In explanation of the delay in answering until now, this is after months of informal document and information exchange between the parties, followed by unsuccessful settlement discussions between the parties.

As a result of the change in dates for the forthcoming August 22, 2025 conference, I am requesting the Court's permission to attend via Zoom or by phone, because I will be out-of-state on an extended trip including on that date, and therefore unable to attend in person.

To the extent that the conference is focused on motions filed by other parties seeking dismissal or other relief, there is nothing material that I would have to offer on the subjects for discussion. I would, nonetheless, appreciate being granted remote access so that I will be able to report to my client and, if any future conference dates or other matters are discussed, I would want to be able to participate in the setting of those dates.

For the reason set forth above, I respectfully request that I be granted remote access to the Court Conference scheduled for 10 a.m. on August 22, 2025.

                                    Respectfully submitted,

                                    Dan Brecher, Esq..