UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATHER CORP. LTD. and FLYCATCHER TOYS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AFFABLE AVENUE LLC, *et. al.*, <br><br> Defendants. | Case No. 24-cv-9429 (KPF) <br><br> Hon. Judge Katherine Failla |

**DEFENDANT VALLEY BODEGA WHOLESALE INC.'S MOTION TO RECONSIDER THE COURT'S OPINION AND ORDER REGARDING COUNTS I-III**

Defendant Valley Bodega ("Valley Bodega"), pursuant to Fed. R. Civ. P. 59(e), requests that this Court reconsider and alter the February 5, 2026 Opinion and Order (Dkt. No. 226) denying the dismissal of Counts I-III against Valley Bodega.

In support thereof, Valley Bodega submits an accompanying Memorandum of Law in Support of its Motion.

Accordingly, Valley Bodega respectfully requests that the Court reconsiders and alters the February 5, 2026 Opinion and Order (Dkt. No. 226) and grant the dismissal of Counts I-III against Valley Bodega.

Dated: February 18, 2026

Sincerely,

*/s/ Eryn Y. Truong*
Eryn Y. Truong
Eryn.truong@lozaip.com
Matthew R. Lighthouse
Matt.lighthouse@lozaip.com
305 N. Second Avenue, #127
Upland, CA 91786

*Attorneys for Defendant
Valley Bodega Wholesale Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This 18th day of February, 2026                                           */s/ Eryn Y. Truong*