UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC,  EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., VALUE VALLEY WHOLESALE LLC,  ADAM HAMIDA and JOHN DOES 1 to 25. <br><br> DEFENDANTS. | CIVIL ACTION <br><br> No. 24-9429 (KPF) |

**NOTICE OF MOTION**

**TO:  ALL COUNSEL**

PLEASE TAKE NOTICE that in accordance with Local Civil Rule 6.3, Plaintiffs Flycatcher Corp. Limited and Flycatcher Toys Inc.  (collectively "Flycatcher") hereby move for reconsideration of two portions of the Court's Opinion and Order (ECF No. 226).  Flycatcher relies upon the Memorandum of Law submitted herewith, and on all papers and pleadings previously on file with the Court.

Dated: New York, New York
February 19, 2026

KOFFSKY SCHWALB LLC

By: /s/ Efrem Schwalb
Efrem Schwalb
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, New York 10018
(646) 553-1590

*Attorneys for Plaintiffs*
*Flycatcher Corp. Ltd.*
*and Flycatcher Toys Inc.*