UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joel G. MacMull, Esq.
Brian M. Block, Esq.
**MANDELBAUM BARRETT PC**
510 Lexington Avenue, 21st Floor
New York, New York 10022
Tel.: 973-736-4600
Fax: 973-325-7467
Email:  jmacmull@mblawfirm.com
           bblock@mblawfirm.com

*Attorneys for Top Experience Company LLC
d/b/a We Pay Cost LLC*

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> AFFABLE AVENUE LLC, et. al., <br><br> *Defendants*. | CIVIL ACTION NO. <br> 24-cv-9429 (KPF) <br><br> **NOTICE OF TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Joel G. MacMull, Esq., dated March 7, 2026, as well as all prior papers and proceedings had herein, defendant Top Experience Company LLC d/b/a We Pay Cost LLC ("Top"), respectfully moves this Court, before the Honorable Katherine Failla U.S.D.J., United States District Court for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York, 10007, for an order awarding Top its reasonable attorneys' fees and costs in their entirety, pursuant to the Court's Opinion and Order

4914-4144-3219, v. 2

dated February 5, 2026. (*See* ECF 227 at 33).

                        Respectfully submitted,
                        **MANDELBAUM BARRETT PC**

                        Joel G. MacMull, Esq.
                        Brian M. Block, Esq.
                        **MANDELBAUM BARRETT PC**
                        510 Lexington Avenue, 21st Floor
                        New York, New York 10022
                        Tel.: 973-736-4600
                        Fax: 973-325-7467
                        Email:  jmacmull@mblawfirm.com
                                    bblock@mblawfirm.com

Dated:  March 7, 2026

4914-4144-3219, v. 2