EXHIBIT C

**Joel G. MacMull**

---

| | |
|---|---|
| **From:** | Steven Feldman <steven@safesq.net> |
| **Sent:** | Wednesday, February 18, 2026 4:52 PM |
| **To:** | Joel G. MacMull |
| **Cc:** | Brian M. Block |
| **Subject:** | Re: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF) |

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the “Phish Alert Report” in Outlook.

Joel,

I am providing you with this formal notice of the position I intend to present to the Court regarding the potential fee award. My deadline to respond to your contemplated application is 14 days before your own filing deadline of March 7, 2026, as set forth in the Court's February 5, 2026, Opinion and Order. To preserve judicial resources and avoid the unnecessary expense of "fees on fees" litigation, I am putting you on notice that I have made a standing and unconditional offer to satisfy the full amount of your demand.

Specifically, I have offered to pay the sum of $15,553.75, which represents 100% of the aggregate fees and costs identified in your firm's records:

> I am not seeking a discount and am prepared to pay the full amount deemed appropriate, subject to receiving a single, proper invoice in standard form. I also, do not have the ability to pay the entire amount upfront, but I am prepared to begin payment immediately and propose installment payments of $1,500 per month until paid in full, in order to avoid unnecessary motion practice.

Because I am committed to paying the total value of your request, any further hours your firm spends preparing a formal fee application are voluntary business choices rather than legal necessities. I will present this offer to the Court as evidence that a formal application is moot and that any request for additional "fees on fees" should be denied as unreasonable. As well as the time, you have chosen to have me expend on arriving at a reasonable arrangement, without the need to resort to such prolixity.

I must also inform you that I will be advising the Court that our current impasse is due solely to your firm's refusal to provide a standard invoice or a Form W-9—basic administrative prerequisites for any lawful disbursement—and your insistence on a public "Consent Order" rather than a private satisfaction of the fee issue. If you continue to refuse a private payment arrangement, I will seek leave from the Court under FRCP 67 and Local Civil Rule 67.1 to deposit the full $15,553.75 with the Clerk of the Court or post a bond in that amount. This will fully secure the fees you seek without the need for further public directives or motion practice pursuant to Rule 11 and the courts inherent authority.

I remain prepared to satisfy this amount immediately through an installment structure upon receipt of your firm’s payment instructions and the necessary tax documentation. Please be guided accordingly, as this notice serves as a fair and timely opportunity to conclude this matter consensually before I seek judicial intervention to deposit these funds.

Best,

Steve

Steven A. Feldman, Esq.
LAW OFFICE OF STEVEN A. FELDMAN & ASSOCIATES, PLLC
763 Dogwood Avenue
West Hempstead, NY 11552
516-500-8057 Main
516-535-9756 Direct
516-537-8357 Mobile
516-213-0245 Fax
steven@safesq.net
**CONFIDENTIAL COMMUNICATION**
**This message is being sent by or on behalf of a lawyer. This message is covered by the Electronic Communication Privacy Act, 18 U.S.C. Sections 2510-2515, it is intended for the sole use of the intended recipient and may contain information, which is privileged, confidential, or otherwise legally exempt from disclosure. If you received this message in error, please notify the sender immediately by replying to this e-mail, by telephone at 516-500-8057 and delete all copies of the message from your computer.**

---

**From:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Sent:** Wednesday, February 18, 2026 2:27 PM
**To:** Steven Feldman <steven@safesq.net>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** RE: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

Steven,

Unfortunately, you seem incapable of answering simple questions. We never mentioned the suggestion of a release. In any event, you've now exhausted our patience entirely. We'll proceed with our fee application.

**Joel G. MacMull** | **Partner**
Chair, Intellectual Property, Brand Management and Internet Law Practice
(973) 295-3652 | JMacmull@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road
Roseland, NJ 07068

570 Lexington Avenue, 21st Floor
New York, NY 10022
**We are excited to announce that Ivey, Barnum & O'Mara LLC has joined Mandelbaum Barrett PC effective 1/1/26. Learn more here!**

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Steven Feldman <steven@safesq.net>
**Sent:** Wednesday, February 18, 2026 1:38 PM

**To:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** Re: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the “Phish Alert Report” in Outlook.

Joel,

Regarding the payment schedule, I am not in a position to pay a single lump sum. I will not agree to what I cannot do. Your refusal to respond in kind, notwithstanding my willingness to pay full amount of $15,553.75, in full measure, your demand for same on pain of "fees on fees" inter alia for "N/C" and media time. Your insistence on motion practice for no profit is perplexing.

Also, to move things forward, you were not clear if the beneficiary of these demands are you, your firm or your client(s), and precise payment info, which you have thus far withheld. You will need to provide a W-9. I cannot make payment of same without it.

Regarding the "Consent Order," I do not agree to this requirement. I am prepared to provide these payments as a satisfaction of the fee issue to avoid further motion practice, but I will not enter into a public order or a settlement agreement involving a release of any claims. If you require security, I remain willing to post a bond or deposit the funds with the Court under FRCP 67, which would fully secure your fees without the need for a public directive should you persist with such vexatious conduct same will be presented pursuant to rule 11. I remind you that the inherent powers of the court are in equity not in law, as such you vitiate your claims for equitable relief, by "moving" the court and at the same time acting capriciously. I am giving you a full and fair safe harbor, well in advance of the so ordered deadline.

Regarding the documentation, I accept your offer to provide a simple letter invoicing me for the amount above. This is a sufficient administrative record for my files. Your firms' recordkeeping obligation is not mine. Frankly, in think you are making more work for your accounting professionals, by refusing my reasonable request.

I am prepared to initiate this arrangement immediately upon receipt of that letter and your payment instructions, provided it is understood that this payment is solely for the forbearance of further motion practice regarding fees and does not constitute a release of any kind.

Best,

Steve

Get Outlook for Android

---

**From:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Sent:** Wednesday, February 18, 2026 12:14:21 PM
**To:** Steven Feldman <steven@safesq.net>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** RE: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

Steven,

Your discursive emails must come to an end. You seem to forget that we're proposing here in the way of a consensual resolution is to your benefit. This will be our final substantive communication about this, so please take care to carefully review the points below and provide a response to EACH of the following :

1. Are you now proposing that you'll pay us a single lump sum payment in the amount of $15,553.75 within 30 days? If not, are you now agreeing to our prior offer that you pay us three equal installments in the amount of $5000, with payments to be made on the 1st of March, April 1st, and May 1st? Please note that we will not entertain any other payment options beyond the two scenarios listed above.

2. Do you now agree to have one of the above payment schedules embodied in a consent order for Judge Failla's signature to resolve her directive and ensure enforceability? Naturally, your refusal of this requirement will also result in the need for us to proceed with a fee application.

3. While we disagree with your insistence on an invoice from us to you which is not how fee applications work, will you accept a simple letter from us to you invoicing you for the amount above?

Please provide us with your responses to each of the above by no later than **5 p.m. EST today.**

**Joel G. MacMull** | **Partner**
Chair, Intellectual Property, Brand Management and Internet Law Practice
(973) 295-3652 | JMacmull@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road
Roseland, NJ 07068

570 Lexington Avenue, 21st Floor
New York, NY 10022
**We are excited to announce that Ivey, Barnum & O'Mara LLC has joined Mandelbaum Barrett PC effective 1/1/26. Learn more here!**

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Steven Feldman <steven@safesq.net>
**Sent:** Tuesday, February 17, 2026 8:42 PM
**To:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** Re: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Given that you have previously shared our correspondence with the Court, I prefer to keep all further communications in writing to ensure an accurate record.

My offer to pay in full remains. Please advise on your firms' time constraints so I can accommodate any response on a timeline that works for your firm.

Get Outlook for Android

---

**From:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Sent:** Tuesday, February 17, 2026 8:12:09 PM
**To:** Steven Feldman <steven@safesq.net>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** Re: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

Steven,

Your offer below appears to us to be markedly different from what you offered just before 4:30 today.

Accordingly, why don't we connect tomorrow via phone for a few minutes to be sure we're properly interpreting what it is that you're proposing.

I can be available between noon and 1:30 pm tomorrow. If I miss you, please leave a message and I'll return your call.

Joel G. MacMull | Partner
Chair, Intellectual Property, Brand Management and Internet Law Practice
(973) 295-3652 | JMacmull@mblawfirm.com

Mandelbaum Barrett PC
www.mblawfirm.com

3 Becker Farm Road Roseland, NJ 07068
570 Lexington Avenue, 21st Floor New York, NY 10022

This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.

On Feb 17, 2026, at 7:45 PM, Steven Feldman <steven@safesq.net> wrote:

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Joel,

To be clear, I have not withdrawn my initial offer to pay the sum of $15,553.75 and avoid "preparing and defending [a] fee application" since ..."[y]our office was awarded its attorneys' fees."

I am not sure what additional fees would be required, but it appears that you refuse to resolve the matter without engaging in motion practice.

Your choice to proceed with a formal application in the face of a 100% settlement offer is yours to make.

Please send me your invoice. In the alternative, I will seek leave from the Court to deposit the full $15,553.75 with the Honorable Judge Failla, as applicable, under FRCP 67 and Local Civil Rule 67.1, or otherwise post a bond, to avoid the unnecessary prolixity of motion practice under Rule 11 for the purpose of obtaining "fees on fees".

Please advise in advance of your deadline to file the motion so I can set aside time to research and draft same.

Best,

Steve

Get Outlook for Android

---

**From:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Sent:** Tuesday, February 17, 2026 6:16:13 PM
**To:** Steven Feldman <steven@safesq.net>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** RE: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

Fine, Steven. We construe your response below as a refusal to accept our terms. We certainly aren't going to force you to accept our offer. After all, we had no obligation to provide you with more favorable terms than what otherwise may result from the Court's forthcoming order on fees.

As for your insistence for "a consolidated, itemized fee statement sufficient to permit meaningful review and payment," we have no idea what you're talking about, or what your authority is for such a document. We've provided you with redacted monthly invoices to our client and in the case of February, a pre-bill, which are the relevant documents a court scrutinizes in assessing the appropriateness of an attorneys' fee award. Insofar as you're requesting that our office invoice you directly, I reiterate once more that's not how this works.

We'll proceed accordingly.

**Joel G. MacMull** | **Partner**
Chair, Intellectual Property, Brand Management and Internet Law Practice
(973) 295-3652 | JMacmull@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road
Roseland, NJ 07068

570 Lexington Avenue, 21st Floor
New York, NY 10022

**We are excited to announce that Ivey, Barnum & O'Mara LLC has joined Mandelbaum Barrett PC effective 1/1/26. Learn more here!**

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Steven Feldman <steven@safesq.net>
**Sent:** Tuesday, February 17, 2026 5:52 PM
**To:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** Re: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Joel,

The Court's prior order granted leave to apply for attorneys' fees; it did not determine entitlement, reasonableness, or amount.

My objective has been — and remains — to resolve this without further motion practice and without judicial involvement. Your prior offer presented a path to do so by avoiding the time and expense of a fee application, including any claim for "fees on fees," and I responded in that spirit.

If you choose to proceed with a fee application notwithstanding that opportunity, that is, of course, your prerogative. I understand that such an application will require contemporaneous, non-block-billed time records and will be subject to judicial scrutiny. My preference, however, is to avoid that process altogether.

To that end, I remain willing to resolve this consensually and without court involvement upon receipt of a consolidated, itemized fee statement sufficient to permit meaningful review and payment. If that approach is acceptable, we can conclude this matter promptly and without further expense to either side.

I leave it to you to determine whether to resolve this now or proceed with a formal application. I believe you have until the deadline provided.

Steven A. Feldman, Esq.
LAW OFFICE OF STEVEN A. FELDMAN & ASSOCIATES, PLLC
763 Dogwood Avenue
West Hempstead, NY 11552
516-500-8057 Main
516-535-9756 Direct
516-537-8357 Mobile
516-213-0245 Fax
steven@safesq.net
**CONFIDENTIAL COMMUNICATION**
**This message is being sent by or on behalf of a lawyer. This message is covered by the Electronic Communication Privacy Act, 18 U.S.C. Sections 2510-2515, it is intended for the sole use of the intended recipient and may contain information, which is privileged, confidential, or otherwise legally exempt from disclosure. If you received this message in error, please notify the sender immediately by replying to this e-mail, by telephone at 516-500-8057 and delete all copies of the message from your computer.**

---

**From:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Sent:** Tuesday, February 17, 2026 4:46 PM
**To:** Steven Feldman <steven@safesq.net>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** RE: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

Steven,

While we appreciate your willingness to pay the full $15,553.75, we are not going to burden our bookkeeping department with drafting up a new invoice to you. That's not how fee applications work. You have the invoices to our client evidencing the sum due from you. Further, the payment arrangement of $1,500 per month over 10+ months is not acceptable to us. We would round off what you owe to $15,000 and accept three equal payments of $5,000 due on the 1st of the month over the next three months, starting March 1st. We would also require this to be embodied in a consent order for Judge Failla's signature to resolve her directive and ensure enforceability.

Please confirm that you agree to these terms.

**Joel G. MacMull | Partner**
Chair, Intellectual Property, Brand Management and Internet Law Practice
(973) 295-3652 | JMacmull@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road
Roseland, NJ 07068

570 Lexington Avenue, 21st Floor
New York, NY 10022
**We are excited to announce that Ivey, Barnum & O'Mara LLC has joined Mandelbaum Barrett PC effective 1/1/26. Learn more here!**

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Steven Feldman <steven@safesq.net>
**Sent:** Tuesday, February 17, 2026 4:28 PM
**To:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** Re: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Joel,

I am not seeking a discount and am prepared to pay the full amount deemed appropriate, subject to receiving a single, proper invoice in standard form. I also, do not have the ability to pay the entire amount upfront, but I am prepared to begin payment immediately and propose installment payments of $1,500 per month until paid in full, in order to avoid unnecessary motion practice.

Please forward a proper invoice together with wire instructions and full beneficiary information, and advise whether this payment arrangement is acceptable.

Best,

Steven A. Feldman, Esq.

LAW OFFICE OF STEVEN A. FELDMAN & ASSOCIATES, PLLC
763 Dogwood Avenue
West Hempstead, NY 11552
516-500-8057 Main

516-535-9756 Direct

516-537-8357 Mobile
516-213-0245 Fax

steven@safesq.net

**CONFIDENTIAL COMMUNICATION**

**This message is being sent by or on behalf of a lawyer. This message is covered by the Electronic Communication Privacy Act, 18 U.S.C. Sections 2510-2515, it is intended for the sole use of the intended recipient and may contain information, which is privileged, confidential, or otherwise legally exempt from disclosure. If you received this message in error, please notify the sender immediately by replying to this e-mail, by telephone at 516-500-8057 and delete all copies of the message from your computer.**

---

**From:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Sent:** Tuesday, February 17, 2026 10:41 AM
**To:** Steven Feldman <steven@safesq.net>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** RE: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

Steven,

Your response is perplexing. My email from last Friday (attached), contained three redacted invoices and a February pre-bill identifying the amounts to which we're entitled.

We trust we'll hear from you by no later than **5 p.m. EST today**. Otherwise, and as I indicated on Friday, we'll proceed with our fee application.

**Joel G. MacMull** | **Partner**
Chair, Intellectual Property, Brand Management and Internet Law Practice
(973) 295-3652 | JMacmull@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road
Roseland, NJ 07068

570 Lexington Avenue, 21st Floor
New York, NY 10022

**We are excited to announce that Ivey, Barnum & O'Mara LLC has joined Mandelbaum Barrett PC effective 1/1/26. Learn more here!**

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Steven Feldman <steven@safesq.net>
**Sent:** Tuesday, February 17, 2026 10:19 AM
**To:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** Re: Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Please send me a detailed invoice to review in advance of you're deadline.

Get Outlook for Android

---

**From:** Joel G. MacMull <JMacmull@mblawfirm.com>
**Sent:** Friday, February 13, 2026 3:33:22 PM
**To:** Steven Feldman <steven@safesq.net>
**Cc:** Brian M. Block <bblock@mblawfirm.com>
**Subject:** Flycatcher Corp. Ltd. et al v. Affable Avenue LLC et al - Case No. 24-cv-9429 (KPF)

Steven,

We write to you now following the Court's sanction order from last week, wherein, among other things, our office was awarded its attorneys' fees. Per the attached, the fees associated with addressing your misconduct equal $15,553.75. However, to avoid further unnecessary motion practice, we are prepared to accept the sum of $13,998.37 to be paid within 30 days, which constitutes a 10% discount from the attached aggregate fees to which we're entitled.

Please be advised that if you refuse our above offer, or otherwise remain silent which we will construe as a refusal, we will also seek the fees expended in preparing our fee application, which is colloquially referred to as a "fees on fees" that we maintain we are entitled to as well. In awarding so-called "fees on fees," "[c]ourts have held that up to thirty hours [may] be reasonably spent in preparing and defending [a] fee application." *Torcivia v. Suffolk County*, 437 F. Supp. 3d 239, 253 (E.D.N.Y. 2020) (citing *Johnson v. City of New York*, No. 11-cv-6176, 2016 WL 590457, at *7 (E.D.N.Y. Feb. 11, 2016)); *see also Anderson v. County of Suffolk*, No. 09-cv-1913, 2016 WL 1444594, at *9 (E.D.N.Y. Apr. 11, 2016) (holding 21.26 hours reasonable for work on fee motion). *Accord*, *Murray v. UBS Securities, LLC*, No. 14-cv-927 (KPF), 2020 WL 7384722, at *28 (S.D.N.Y. Dec. 16, 2020) (quoting *Weyant v. Okst*, 198 F.3d 311, 316 (2d Cir. 1999) ("("[A] reasonable fee should be awarded for time reasonably spent in preparing and defending an application for ... fees[.]"). Importantly, this latter opinion is from Judge Failla.

The above offer remains open until **5 p.m. EST on Tuesday, February 17, 2026**. Should we not receive your timely response, this will result in irrevocable decision on our part to proceed with preparing our fee application.

Be guided accordingly,

**Joel G. MacMull** | **Partner**
Chair, Intellectual Property, Brand Management and Internet Law Practice
(973) 295-3652 | JMacmull@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road
Roseland, NJ 07068

570 Lexington Avenue, 21st Floor
New York, NY 10022
**We are excited to announce that Ivey, Barnum & O'Mara LLC has joined Mandelbaum Barrett PC effective 1/1/26. Learn more here!**

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.