AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:24-cv-09429**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Pretty Princess dba Norvi**
was recieved by me on  **2/24/2026:**

☐     I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒     I served the summons on **c/o CSC Lawyers Incorporating Service**, who is designated by law to accept service of process on behalf of **Pretty Princess dba Norvi** at **2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833** on **02/24/2026 at 11:35 AM**; or

☐     I returned the summons unexecuted because ; or

☐     Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  02/24/2026

_____
*Server's signature*

**Ahmed Abdelmoneim Tawfik Ahmed**
*Printed name and title*

**2130 RIGGS AVE
SACRAMENTO, CA 95835**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; THIRD AMENDED COMPLAINT; EXHIBITS,  to c/o CSC Lawyers Incorporating Service, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'10"-6'0" tall and weighing 200-240 lbs with piercings.  I delivered documents to Alex Jenkins, person authorized to accept**





Tracking #: **0210398497**