AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:24-cv-09429**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Joan Soriano dba Prime Choice Mart**
was recieved by me on  **2/24/2026:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Teresa  Flores**, a person of suitable age and discretion who resides at **92 Hawxhurst Rd, Monroe, NY 10950**, on **02/26/2026 at 6:01 PM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  02/26/2026

_____
*Server's signature*

**Johanna Padilla**
*Printed name and title*

**55 Evan Rd**
**Warwick, NY 10990**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; THIRD AMENDED COMPLAINT; EXHIBITS,  to Teresa  Flores who identified themselves as the subject's parent, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 45-55 years of age, 5'-5'4" tall and weighing 140-160 lbs.**





Tracking #: **0210882957**