AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     **1:24-cv-09429**

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Ayanee LLC**
was recieved by me on  **2/24/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Sophia Sanchez**, who is designated by law to accept service of process on behalf of **Ayanee LLC** at **4074 S Central Ave, Los Angeles, CA 90011** on **02/25/2026 at 2:37 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  02/27/2026

_____
*Server's signature*

**Ruzanna Abrahamyan**
*Printed name and title*

**200 E Broadway
206
Glendale, CA 91205**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; THIRD AMENDED COMPLAINT; EXHIBITS,  to Sofia Sanchez who identified themselves as the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired Hispanic female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with an accent.  I delivered the documents, SUMMONS; THIRD AMENDED COMPLAINT; EXHIBITS,  to an employee who identified herself as Sofia Sanchez in the office area of this business. The employee stated that she could accept the documents, SUMMONS; THIRD AMENDED COMPLAINT; EXHIBITS,  since it is a business location and that she would pass them to the manager.**




Tracking #: **0210790495**