AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:24-cv-09429**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Fortuna KG LLC**
was recieved by me on  **2/23/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Fayza Baeha**, who is designated by law to accept service of process on behalf of **Fortuna KG LLC** at **1500 11th Street, 3rd Floor, Room 390, Sacramento, CA 95814** on **02/27/2026 at 10:34 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 131.00** for services, for a total of **$ 131.00**.

I declare under penalty of perjury that this information is true.

Date:  02/27/2026

_____
*Server's signature*

**Mike Singh**
*Printed name and title*

**9523 Setina ln**
**SACRAMENTO, CA 95827**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Servee Check for Fortuna KG LLC ($50.00); THIRD AMENDED COMPLAINT; SUMMONS; ORDER,  to Fayza Baeha who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern female contact 35-45 years of age, 5'-5'4" tall and weighing 80-120 lbs.**




Tracking #: **0211038281**