AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **1:24-cv-09429**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Creative Rewards Inc.**
was recieved by me on  **2/27/2026:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **New York Department of State**, who is designated by law to accept service of process on behalf of **Creative Rewards Inc.** at **One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231** on **02/27/2026 at 3:19 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 121.00** for services, for a total of **$ 121.00**.

I declare under penalty of perjury that this information is true.

Date:  02/27/2026

_____
*Server's signature*

**Gregory Joseph Overacker**
*Printed name and title*

**36 Henry Street**
**Mohawk, NY 13407**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Servee Check for Creative Rewards Inc. ($40.00); SUMMONS; THIRD AMENDED COMPLAINT,  to New York Department of State, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.  Served to Consuelo Aguilera as office assistant one designated to accept service for New York State Department of State**





Tracking #: **0211064935**