**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

FLYCATCHER CORP. LTD, et al.

        **Plaintiff(s),**

      **- against -**

AFFABLE AVENUE LLC dba CJ DIST, et al.

        **Defendant(s),**

------------------------------------------------------------X

24 \_\_\_\_\_ **Civ.** 9429 _____( KPF \_\_\_\_)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

      **I, TAMMI M. HELLWIG, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

12/11/2024
**_____ with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Ayanee LLC **_____**

**by personally serving** Sophia Sanchez **_____,**

*and proof of service was therefore filed on* March 24, 2026 **_____,** *Doc. #(s)* 255 **_____.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      **_____, 20\_\_\_**

               **TAMMI M. HELLWIG**
               **Clerk of Court**

        **By: _____**
               **Deputy Clerk**