UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., VALUE VALLEY WHOLESALE LLC, ADAM HAMIDA and JOHN DOES 1 to 25. <br><br> DEFENDANTS. | CIVIL ACTION <br><br> No. 1:24-cv-09429 <br><br> **AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT OF DEFENDANT AYANEE LLC** |

TAL S. BENSCHAR hereby declares as follows:

1. I am counsel for Plaintiffs in this action.

2. This action was commenced pursuant to 15 USC 1114 and 1125.

3. The time for defendant Ayanee LLC to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant Ayanee LLC has not answered or otherwise moved with respect to the complaint, and the time for defendant Ayanee LLC to answer or otherwise move has not been extended. 5. Defendant Ayanee LLC is not an infant or incompetent. Defendant Ayanee LLC is not presently in the military service of the United States as appears from facts in this litigation.

2

WHEREFORE, Plaintiffs request that the default of defendant Ayanee LLC  be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: New York, New York
       March 29, 2025

KOFFSKY SCHWALB LLC

By: _____
Efrem Schwalb
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, New York  10018
(646) 553-1590

*Attorneys for Plaintiffs*
*Flycatcher Corp. Ltd.*
*and Flycatcher Toys Inc.*

2