UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC.,<br><br>               PLAINTIFFS,<br><br>       V.<br><br>AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., VALUE VALLEY WHOLESALE LLC, ADAM HAMIDA and JOHN DOES 1 to 25.<br><br>             DEFENDANTS. | CIVIL ACTION<br><br>No. 1:24-cv-09429 (KPF)<br><br>**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT AS TO  AYANEE LLC** |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiffs request a Clerk's certificate of entry of default. Within an accompanying affidavit, I affirm that the party against whom the judgment is sought:

    1) is not an infant or incompetent person;

    2) is not in the military service;

    3) was properly served under Fed. R. C. P. 4 and proof of service having been

    filed with the court;

    4) has defaulted in appearance in the above captioned action.

Dated:  New York, New York
        March 29, 2025

                                            KOFFSKY SCHWALB LLC


                                            By: _____
                                            Efrem Schwalb
                                            Tal S. Benschar
                                            500 Seventh Avenue, 8th Floor
                                            New York, New York  10018
                                            (646) 553-1590

                                            *Attorneys for Plaintiffs*
                                            *Flycatcher Corp. Ltd.*
                                            *and Flycatcher Toys Inc.*

2