UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD., et al., | CIVIL ACTION |
| PLAINTIFFS, | No. 24-9429 (KPF) |
| v. | |
| AFFABLE AVENUE LLC dba CJ DIST, et al., | **CLERK'S CERTIFICATE OF DEFAULT** |
| DEFENDANTS. | |

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 11, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Ayanee LLC on January 3, 2025, and proof of service was filed on January 15, 2025, Doc. No. 46; and an Amended Complaint was filed on April 6, 2025, Doc. No. 97, which was not served on defendant Ayanee LLC; and a proposed Second Amended Complaint was filed on April 21, 2025, Doc. No. 114, and leave to file same granted on May 19, 2025, Doc. No. 140, and which was not served on defendant Ayanee LLC; and a Third Amended Complaint was filed on May 23, 2025, Doc. No. 143 and a copy of which was served with a Summons on defendant Ayanee LLC by personally serving Sophia Sanchez on February 25, 2026 and proof of service was therefore filed on March 24, 2026, Doc. No. 255.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
_____April 09_____, 20__26_____

TAMMI M. HELLWIG
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**