



**MEMO ENDORSED**

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

April 15, 2026

**VIA ECF ONLY**

Hon. Katherine Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

> **Re:** *Flycatcher Corp. Ltd. v. Affable Avenue LLC et al.*
> **Case No. 24-cv-09429 (KPF)**

Dear Judge Failla:

This office represents defendant Top Experience Company LLC d/b/a We Pay Cost LLC ("Top") in the above-captioned matter. Pursuant to § 2(C)(i) of Your Honor's Individual Rules of Practice in Civil Cases ("Rules"), Top respectfully requests a brief extension of time by which to file a response to plaintiffs' request for a pre-motion conference seeking permission to file a motion to dismiss Top's counterclaims. (ECF 282). Plaintiffs' counsel consents to this request.

Your Honor's Rules provide that Top must respond to plaintiffs' letter within three business days after the request is received. However, rather than responding by this Friday, Top respectfully requests that it be provided until next Tuesday — April 21, 2026 — to respond. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the undersigned respectfully submits that "good cause" exists for the requested extension, including the press of other matters before this and other courts.

In compliance with § 2(C)(i) of the Rules, Top further states as follows:

i.     Top's original due date to file its response is Friday, April 17, 2026;
ii.    No prior request for an extension of time to file a response has been made; and
iii.   The proposed extension of time for Top to file its response does not impact any other presently scheduled date.

Hon. Katherine Polk Failla, U.S.D.J.
April 15, 2026
Page 2 of 2

The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc:    All Counsel of Record (*via ECF only*)

Application GRANTED.  Defendant Top's deadline to respond to Plaintiffs'
pre-motion letter is hereby ADJOURNED to on or before **April 21, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket
entry 283.

Dated:    April 16, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE