**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FLYCATCHER CORP. LTD. and
FLYCATCHER TOYS INC.,

*Plaintiffs*,

*v.*

AFFABLE AVENUE LLC, et. al.,

*Defendants*.

Civil Action No.
24-cv-9429 (KPF)

**REPLY DECLARATION OF JOEL G. MACMULL IN FURTHER SUPPORT OF TOP EXPERIENCE COMPANY LLC'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**

I, Joel G. MacMull, hereby declare as follows:

1. I am a Partner with the law firm of Mandelbaum Barrett PC (the "Firm"), attorneys for defendant Top Experience Company LLC d/b/a We Pay Cost LLC, ("Top") in the above-captioned matter. I submit this reply declaration in further support of Top's application for reasonable attorneys' fees and costs pursuant to the Court's February 5, 2026 Opinion and Order ("Order") awarding Top its fees and costs. (ECF 227 at 33). I am over the age of 18 and have personal knowledge of the facts set forth herein, which are known to me to be true and correct. I could and would testify competently about the matters set forth herein if called upon to do so.

2. I respectfully submit this declaration to place before the Court all necessary information and documentation of the additional reasonable attorneys' fees of $6,900 incurred by Top to date in connection with its reply briefing in further support of its fee application. Accordingly, Top seeks a grand total of **$42,090** in attorneys' fees and **$996.59** in costs.

## REPLY ATTORNEYS' FEES

3. Between April 20, 2026 and the present, I billed a total of 3.3 hours on the reply briefing in this fee application, incurring a total of $1,897.50 in attorneys' fees. (These hours and amounts are reflected in the redacted true and correct copies of my firm's work-in-progress report set forth in **Exhibit A**, which reflects contemporaneous time entries inputted by my partner, Brian M. Block, and myself). I was primarily responsible for editing the first draft of the reply brief.

4. Between April 20, 2026 and the present, Mr. Block billed 8.7 hours on the reply briefing in this fee application, incurring a total of $5,002.50 in attorneys' fees. (These hours and amounts are reflected in the redacted true and correct copies of my firm's work-in-progress report set forth in **Exhibit A**, which reflects contemporaneous time entries inputted by my partner, Mr. Block, and myself). Mr. Block was primarily responsible for drafting the reply brief and declaration.

5. In sum, the total amount of attorneys' fees incurred by Mr. Block and myself for time spent on the reply briefing during the period of April 20, 2025 through the present is $6,900. (*See* ¶¶ 3-4).

6. Attached hereto as **Exhibit B** is a true and correct copy of the emails from and to Your Honor's Law Clerk Daniel J. Kenny dated August 19-20, 2025.

## CONCLUSION

7. As set forth above, Top respectfully requests that the Court award it its reasonable attorneys' fees totaling **$42,090** [$35,822.50 (ECF 244 ¶ 14) - $632.50[1] + $6,900] and its costs totaling **$996.59** (ECF 244 ¶ 13).

---

[1] Time and attorney's fees validly subtracted from the initial request. (*See* Reply Br. at 8-9).

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

JOEL G. MACMULL

Dated: April 27, 2026