# Time Report

Unbilled

**Top Experience Company LLC / Top Experience - Flycatcher Corp. Ltd (44210-001)**

**04/27/2026**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] |
| [redacted] | | | | | | | | | | | | | | | | |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] |
| [redacted] | | | | | | | | | | | | | | | | |
| 04/20/2026 | | 0221 | Block, Brian M. | PT | Partner | 1 | 0.50 | 287.50 | 575.00 | 0.50 | 287.50 | 575.00 | 10000 | | 0 | Unbilled |
| Read and assessed Feldman opposition brief to fees motion. | | | | | | | | | | | | | | | | |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] |
| [redacted] | | | | | | | | | | | | | | | | |
| 04/20/2026 | | 0244 | MacMull, Joel G. | PT | Partner | 1 | 1.30 | 747.50 | 575.00 | 1.30 | 747.50 | 575.00 | 10000 | | 0 | Unbilled |
| Review of Atty Blumenthal's opposition to Top's motion for fees and costs against Atty Steven Feldman; emails with BMB re: same and annotation to the brief with my comments pointing out factual errors in the brief and identifying arguments to be included in Top's reply brief. | | | | | | | | | | | | | | | | |
| 04/21/2026 | | 0221 | Block, Brian M. | PT | Partner | 1 | 8.20 | 4,715.00 | 575.00 | 8.20 | 4,715.00 | 575.00 | 10000 | | 0 | Unbilled |
| Drafted entire reply brief on motion for attorney's fees, including legal research on salient issues requiring research. | | | | | | | | | | | | | | | | |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] |
| [redacted] | | | | | | | | | | | | | | | | |
| 04/22/2026 | | 0244 | MacMull, Joel G. | PT | Partner | 1 | 1.40 | 805.00 | 575.00 | 1.40 | 805.00 | 575.00 | 10000 | | 0 | Unbilled |
| Attention to reviewing reply brief in support of fees and costs and edits and legal research in connection therewith. | | | | | | | | | | | | | | | | |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] |
| [redacted] | | | | | | | | | | | | | | | | |
| 04/23/2026 | | 0244 | MacMull, Joel G. | PT | Partner | 1 | 0.30 | 172.50 | 575.00 | 0.30 | 172.50 | 575.00 | 10000 | | 0 | Unbilled |
| Additional edits to reply brief; email with BMB regarding brief points and exhibits to my declaration. | | | | | | | | | | | | | | | | |
| 04/24/2026 | | 0244 | MacMull, Joel G. | PT | Partner | 1 | 0.30 | 172.50 | 575.00 | 0.30 | 172.50 | 575.00 | 10000 | | 0 | Unbilled |
| Attention to final edits to declaration and MOL in support of attorneys' fees. | | | | | | | | | | | | | | | | |
| **Report Totals:** | | | | | | | [redacted] | [redacted] | | [redacted] | [redacted] | | | | | |