EXHIBIT B

**Brian M. Block**

| | |
|---|---|
| **From:** | Daniel Kenny <Daniel_Kenny@nysd.uscourts.gov> |
| **Sent:** | Wednesday, August 20, 2025 10:53 AM |
| **To:** | Tal Benschar |
| **Cc:** | Failla NYSD Chambers; Efrem Schwalb; steven@safesq.com; dbrecher@sh-law.com; Joel G. MacMull; Brian M. Block; eryn.truong@lozaip.com |
| **Subject:** | RE: 24cv9429 Conference on Friday 8/22 |

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Good morning,

No. The Court expects counsel for parties who have taken a position on Mr. Feldman's briefing — including Plaintiffs — to appear in person.

Thank you,

Daniel J. Kenny
Law Clerk to the Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Chambers: (212) 805-0290
Direct: (212) 805-4572

---

**From:** Tal Benschar <tbenschar@koffskyschwalb.com>
**Sent:** Tuesday, August 19, 2025 9:19 PM
**To:** Daniel Kenny <Daniel_Kenny@nysd.uscourts.gov>
**Cc:** Failla NYSD Chambers <Failla_NYSDChambers@nysd.uscourts.gov>; Efrem Schwalb <eschwalb@koffskyschwalb.com>; steven@safesq.com; dbrecher@sh-law.com; JMacmull@mblawfirm.com; bblock@mblawfirm.com; eryn.truong@lozaip.com
**Subject:** RE: 24cv9429 Conference on Friday 8/22

**CAUTION - EXTERNAL:**

Thank you Mr. Kenny,

Plaintiffs are represented by Efrem Schwalb, who is lead counsel, and myself. Mr. Schwalb will appear at Friday's conference in person.

May I appear by Teams? If so, please provide the Teams meeting information.

Respectfully Submitted,

KOFFSKY SCHWALB LLC

Tal S. Benschar | Of Counsel | Koffsky Schwalb LLC

500 Seventh Avenue, 8th Floor | New York, New York 10018
Phone: (646) 553-1590 | Fax: (646) 553-1591 | Cell: (973) 563-3929
Web: www.koffskyschwalb.com | Email: tbenschar@koffskyschwalb.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Daniel Kenny <Daniel_Kenny@nysd.uscourts.gov>
**Sent:** Tuesday, August 19, 2025 9:54 AM
**To:** Tal Benschar <tbenschar@koffskyschwalb.com>; Efrem Schwalb <eschwalb@koffskyschwalb.com>; steven@safesq.com; dbrecher@sh-law.com; JMacmull@mblawfirm.com; bblock@mblawfirm.com; eryn.truong@lozaip.com
**Cc:** Failla NYSD Chambers <Failla_NYSDChambers@nysd.uscourts.gov>
**Subject:** 24cv9429 Conference on Friday 8/22

Good morning,

The Court has now received inquiries from counsel for two defendants in this action about appearing remotely at the conference this Friday. It is the Court's preference that all parties who have appeared in this action attend the conference in person. But if circumstances prevent parties from appearing in person, the Court will allow them to attend the conference via Teams. Please reach out to Chambers, and we will provide you with a Teams link. The Court, however, expects Mr. Feldman, and all parties who have taken a position on Mr. Feldman's briefing and response to the Order to Show Cause, to appear in person.

Thank you,

Daniel J. Kenny
Law Clerk to the Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Chambers: (212) 805-0290
Direct: (212) 805-4572

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.