AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **1:24-cv-09429**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Value Valley Wholesale LLC**
was received by me on  **2/25/2026**:

☐  I personally served the **SUMMONS; THIRD AMENDED COMPLAINT; EXHIBITS** on the individual at *(place)*  on *(date)* ;
or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Raymond Doe**, who is designated by law to accept service of process on behalf of **Value
Valley Wholesale LLC** at **17315 E Valley Blvd, La Puente, CA 91744** on **03/27/2026 at 6:03 PM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 92.89** for services, for a total of **$ 92.89**.

I declare under penalty of perjury that this information is true.

Date:  03/27/2026

_____
*Server's signature*

**Liliana Mejia**
*Printed name and title*

**1142 S Diamond Bar Blvd
#607
Diamond Bar, CA 91765**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; THIRD AMENDED COMPLAINT; EXHIBITS,  to an individual who refused to
give their name who identified themselves as the person authorized to accept. The individual tried to refuse service by
refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual
appeared to be a black-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.  Per
neighboring business person served is the business owner.**




Tracking #: 0215612930