UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLYCATCHER CORP. LTD., et al.,

                    PLAINTIFFS,

          v.

 AFFABLE AVENUE LLC dba CJ DIST, et al.,

                    DEFENDANTS.

CIVIL ACTION

No. 24-9429 (KPF)

**CLERK'S CERTIFICATE
OF DEFAULT**

I,  TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 11, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Value Valley Wholesale LLC on June 11, 2025, and proof of service was filed on August 20, 2025, Doc. No. 208; and an Amended Complaint was filed on April 6, 2025, Doc. No. 97, which was not served on defendant Value Valley Wholesale LLC; and a proposed Second Amended Complaint was filed on April 21, 2025, Doc. No. 114, and leave to file same granted on May 19, 2025, Doc. No. 140, and which was not served on Value Valley Wholesale LLC.; and a Third Amended Complaint was filed on May 23, 2025, Doc. No. 143 and a copy of which was served with a Summons on defendant Value Valley Wholesale LLC by serving Raymond Doe, Agent, on March 27, 2026 and proof of service was therefore filed on May 1, 2026, Doc. No. 290.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated:  New York, New York
_____, 20_____

                                        TAMMI M. HELLWIG
                                          Clerk of Court


                              By:  _____
                                        Deputy Clerk