UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FLYCATCHER CORP. LTD., et al., | CIVIL ACTION |
| PLAINTIFFS, | No. 24-9429 (KPF) |
| v. | |
| AFFABLE AVENUE LLC dba CJ DIST, et al., | **CLERK'S CERTIFICATE OF DEFAULT** |
| DEFENDANTS. | |

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 11, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Moda Original LLC on February 13, 2025, and proof of service was filed on February 13, 2025, Doc. No. 63; and an Amended Complaint was filed on April 6, 2025, Doc. No. 97, which was not served on defendant Moda Original LLC; and a proposed Second Amended Complaint was filed on April 21, 2025, Doc. No. 114, and leave to file same granted on May 19, 2025, Doc. No. 140, and which was not served on defendant Moda Original LLC, and a Third Amended Complaint was filed on May 23, 2025, Doc. No. 143 and a copy of which was served with a Summons on defendant Moda Original LLC by serving its agent on March 13, 2026 and proof of service was therefore filed on March 24, 2026, Doc. No. 256.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated:  New York, New York
_____May 4_____, 20_26_____

TAMMI M. HELLWIG
Clerk of Court

By:  _____
Deputy Clerk