UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLYCATCHER CORP. LTD. and FLYCATCHER
TOYS INC.,

                          PLAINTIFFS,

            v.


AFFABLE AVENUE LLC dba CJ DIST, OZMOS
COMPANY LLC,  EYTAN GROSSMAN d/b/a EYG
DEALS, CREATIVE REWARDS INC., JOSHUA
CHAVEZ d/b/a ONESTOPFASTSHOP, TOP
EXPERIENCE COMPANY LLC d/b/a WE PAY
COST LLC, PRETTY PRINCESS LLC d/b/a NORVI,
AYANEE LLC, FORTUNA KG LLC d/b/a
FORTUNAKG, JAXSON MANAGEMENT LLC,
JOAN ALEXANDER SORIANO d/b/a
PRIMECHOICEMART, A WAHABI
CORPORATION d/b/a MCPROFITS,
MODA ORIGINAL LLC, S&N GLOBAL SUPPLY
INC., SAM SHAMLOO, EYAD WAHBY, VALLEY
BODEGA WHOLESALE INC., VALUE VALLEY
WHOLESALE LLC,  ADAM HAMIDA and JOHN
DOES 1 to 25.

                        DEFENDANTS.

|  |  |
|---|---|
|  | CIVIL ACTION<br><br>24 Civ. 9429 (KPF) |

---

**ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT
AS TO DEFENDANTS AYANEE LLC, CREATIVE REWARDS INC., PRETTY
PRINCESS LLC, FORTUNA KG LLC, JOAN ALEXANDER SORIANO, MODA
ORIGINAL LLC, and VALUE VALLEY WHOLESALE LLC**


This matter having been opened by Koffsky Schwalb LLC, counsel for Plaintiffs, and upon the

annexed Declaration of Tal S. Benschar dated May 5, 2026, the exhibits annexed thereto, the

proposed Order, and upon all of the pleadings and prior proceedings had herein, it is hereby

      ORDERED that Defendants AYANEE LLC, CREATIVE REWARDS INC., PRETTY

PRINCESS LLC, FORTUNA KG LLC, JOAN ALEXANDER SORIANO, MODA ORIGINAL

LLC, and VALUE VALLEY WHOLESALE LLC show cause before the Honorable Katherine

Polk Failla,

United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007 in  Courtroom 618 on __June 11__, 2026 at 3:30 p.m. , why an order should not be issued in accordance with Rule 55(b) of the Federal Rules of Civil Procedure entering default judgment on liability against each of the above-named defendants, and referring the matter for discovery and an inquest for damages; and it is further

ORDERED that a copy of this Order to Show Cause, along with all supporting documents, be served upon each of the above-named defendants via Registered Mail within seven (7) days of the entry of this Order; and it is further

ORDERED that opposition papers, if any, shall be filed with the Court and served upon counsel for Plaintiff by not later than __June 4__, 2026.


IT IS SO ORDERED:


Dated: __May 5__, 2026

_____
Honorable Katherine Polk Failla,
United States District Judge

2