# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,908,667**

**Registered Nov. 12, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Flycatcher Corp Ltd  (UNITED KINGDOM CORPORATION)
Suite 1, 3rd Floor
11-12 St. James's Square
London, UNITED KINGDOM SW1Y4LB

CLASS 28: Toys and playthings, namely, children's educational toys for developing fine motor skills, cognitive skills, oral language skills, colors recognition skills, alphabet skills, and counting skills; electronic educational game machines for children; games, namely, memory games, alphabet games, children's educational games for developing fine motor skills, cognitive skills, oral language skills, colors recognition skills, alphabet skills, and counting skills; Drawing toys in the nature of a toy multimedia projector that displays images and audio for the purpose of teaching drawing, writing, spelling, and reading in multiple languages

FIRST USE 8-00-2017; IN COMMERCE 8-00-2017

The mark consists of the wording "SMART SKETCHER" with the letters "SM" in "SMART" stylized with a scribbly design appearing inside the letters, surrounded by a partial narrow dark outline and wider lighter outline, highlighted with a darker shadow around a portion of the lettering, with a series of squared pixels superimposed over the top left portion of the letter "S" and extending out to the left of the mark, with the word "ART" appearing distinct from within the word "SMART", in stylized lettering inside a rectangular box with light shadow, with a stylized projector shining light rays out of the letter "R" through the surrounding letters "A" and "T", all appearing above the word "SKETCHER" which also appears in the same stylized lettering design as the letters "SM" in "SMART".

No claim is made to the exclusive right to use the following apart from the mark as shown: "SMART SKETCHER"

SER. NO. 87-567,578, FILED 08-14-2017



Director of the United States
Patent and Trademark Office

| |
|---|
| **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**<br><br>**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.** |

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.