amazon prime

Deliver to Tal
Clifton 07012

Toys & Games | Search Amazon | 🔍 | EN | Hello, Tal Account & Lists | Returns & Orders | 🛒 0 Cart

All | Rufus | Black Friday Deals | Same-Day Delivery | Medical Care | Amazon Basics | Prime Video | Buy Again | Customer Service | Keep Shopping For | Books | Groceries | Pharmacy | Household, Health & Baby Care | Amazon Home | Amazon Business | Shop By Interest | Black Friday Week shop now

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

MFEESYOB Drawing Projector for Kids | AFEESYOB | Black Friday Deal | -15% $25.48 $29.99

Sponsored

## Customers who viewed this item also viewed

Smart Sketcher 2.0 Activity Cartridge - Under The Sea
4.5 ★ 108
$19.99

Flycatcher Toys Smart Sketcher 2.0, Learn to Draw Toy, DIY Coloring Pages, STEAM Learning Toy, Kids Toys, Birthday Gift for Girls & Boys, 5+
4.3 ★ 3,686
$107.47

Smart Sketcher 2.0 Activity Cartridge - Royal Princesses
4.6 ★ 106
$19.99

Toys & Games › Learning & Education › Electronic Learning Toys

[video thumbnail]
Click to see more videos

### smART Sketcher 2.0 Projector, Drawing and Tracing Projector for Kids, Educational Arts & Crafts Toy, Art Gift for Boys and Girls Ages 5+

Visit the Flycatcher Store
4.5 ★★★★☆ | 734 ratings | Search this page
10K+ bought in past month

-18% $89.00
List Price: $107.99 ⓘ
Or $22.25 2 weeks (x4). Select from 2 plans
✓prime One-Day
FREE Returns ⌄
With Amazon Business, you would have saved $246.26 in the last year. Create a free account and save up to 12% today.
May be available at a lower price from other sellers, potentially without free Prime shipping.

| | |
|---|---|
| Brand | Flycatcher |
| Connectivity Technology | Bluetooth |
| Special Feature | Bluetooth |
| Model Name | smART sketcher 2.0 |
| Specific Uses For Product | Drawing |

### About this item

- A LEARN TO DRAW EXPERIENCE: This drawing projector is the ultimate tool for budding artists, providing a range of features to develop their drawing abilities. From projecting images for easy tracing to offering step-by-step tutorials, and fostering personal expression with customizable options, it's the perfect companion for aspiring artists.
- APP ENABLED FOR ENDLESS FUN: Seamlessly connect to smartphones and tablets via Bluetooth, accessing the app provides additional content, personalized drawings, and interactive tutorials, ensuring a dynamic and engaging drawing experience for children of all ages. Snap a pic of anything, edit it in the app, project it to trace and sketch.
- EXPANDED CONTENT LIBRARY: Right out of the box, enjoy a diverse selection of over 60 pre-loaded images, ranging from animals to landmarks and vehicles. Expand your creative horizons further with our range of creativity pack cartridges, igniting imagination and exploration with every stroke.
- EDUCATIONAL FUN: Foster a love for learning through play with smART Sketcher 2.0. More than just a kids toy, this is a versatile tool that not only enhances artistic skills but also promotes hand-eye coordination, fine motor skills, and cognitive development, making it an invaluable addition to any educational toolkit.
- ENCOURAGES INDEPENDENT PLAY AND CREATIVITY: Give your children the gift of growth and self-expression. Parents can rest easy knowing it offers clear, engaging instructions that empower kids to explore and create on their own. This innovative tool fosters independence, enhances problem-solving skills, and boosts confidence as children take pride in their artistic achievements. It's an ideal choice for nurturing young minds in a safe and enjoyable way.

Report an issue with this product or seller

Kids Smart Watch Girls Gifts for Age 5-12, 24 Puzzle Games HD Touch Screen Watches with Video Camera Music Player Pedometer...
★ 1,450 | $32.95 ✓prime
Shop now ›
Sponsored ⓘ

### Delivery / Pickup

$89.00
✓prime One-Day
FREE RETURNS ⌄

FREE delivery **Tomorrow, November 22**. Order within 7 hrs 9 mins

Deliver to Tal - Clifton 07012

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Flycatcher-Toys |
| Returns | Returnable until Jan 31, 2025 |
| Packaging | Ships in product packaging |

⌄ See more

**Add a Protection Plan:**
☐ 3-Year Protection Plan for $11.99
☐ 4-Year Protection Plan for $15.99
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

☐ Add a gift receipt for easy returns

Add to List
Add to Registry & Gifting

### Other sellers on Amazon

New & Used (13) from $83.99 & FREE Shipping ›

**amazon business**
Save up to 12% on this product with business-only pricing.
Create a free account

Rated Best Value Drawing Projector
TPKingdom Drawing Projector for...
4.3 ★ 153
Black Friday Deal
-20% $31.96 $39.95
Sponsored ⓘ

## Customers also bought
Based on products customers bought together

☑ This item: smART Sketcher 2.0 Projector, Drawing and Tracing Projector for Kids, Educational...
4.5 ★ 734
-18% $89.00
List: $107.99

+

☑ Crayola Pip Squeaks Marker Set (65ct), Mini Washable Markers for Kids, Markers for Coloring Book...
Sponsored ⓘ
4.8 ★ 14,381
-27% $9.49 ($0.15/Count)
Limited time deal
Typical: $12.97
✓prime

Total price: $98.49
**Add both to Cart**
ⓘ These items are shipped from and sold by different sellers.
Show details

## 4 stars and above
Sponsored ⓘ

Page 1 of 14

| Crayola Light Up Tracing Pad - Blue, Tracing Light Box for Kids, Drawing Pad, Toys ... | Wooden Painting Craft Supplies Kit for Kids, Arts and Crafts for Boys and Girls Age... | Fun Forts Glow Fort Building Kit for Kids - 81 Pack Glow In The Dark STEM Building ... | Drawing with Alphabet Learning Letters Tracing ABC Handwriting Toys Set Educational... | Ben Franklin Toys Drawing Projector for Kids 3 & Up | Preschool Tracing Projector K... | Seckton Upgrade Kids Selfie Camera, Christmas Birthday Gifts for Boys Age 3-9, HD D... | Aikmi Robot Toys for Kids 5-7, Rechargeable Remote Control Robot with Projector Nig... |
|---|---|---|---|---|---|---|
| ★ 8,053 | ★ 74 | ★ 9,810 | ★ 809 | ★ 81 | ★ 26,305 | ★ 162 |
| #1 Best Seller | Black Friday Deal | | | | Black Friday Deal | Black Friday Deal |
| Black Friday Deal | -27% $23.99 | $34.99 | $22.97 | $43.99 | -37% $26.99 | -20% $26.38 |
| -35% $17.49 | List Price: $32.99 | ✓prime Overnight | ✓prime One-Day | ✓prime One-Day | List Price: $41.99 | List Price: $32.98 |
| List Price: $26.99 | ✓prime Two-Day | FREE delivery Overnight | FREE delivery Tomorrow | FREE delivery Tomorrow | ✓prime Overnight | ✓prime One-Day |
| ✓prime Overnight | FREE delivery Saturday, Nov 23 | Save 5% with coupon | Save 18% with coupon | | FREE delivery Overnight | FREE delivery Tomorrow |
| FREE delivery Overnight if you order $25 of qualifying items | Save 30% with coupon | | | | | |

## Product information

| | |
|---|---|
| Product Dimensions | 8 x 9.25 x 11 inches |
| Item Weight | 2.65 pounds |
| ASIN | B08TCD1RTK |
| Item model number | SSP082 |
| Manufacturer recommended age | 5 years and up |
| Best Sellers Rank | #276 in Toys & Games (See Top 100 in Toys & Games) #4 in Electronic Learning & Education Toys |
| Customer Reviews | 4.5 ★ 734 ratings 4.5 out of 5 stars |
| Release date | September 12, 2021 |
| Manufacturer | Flycatcher |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

**Product Description**

Introducing smART Sketcher® 2.0, the ultimate Art Projector that revolutionizes the way kids learn to draw! Building on the success of the award-winning smART Sketcher® projector, this enhanced version features upgraded hardware, fresh content, and more durable content cartridges. With a robust base and convenient built-in cartridge storage, it's a durable and versatile addition to any creative space. Designed to be both fun and educational, smART Sketcher® 2.0 fosters learning through play. Offering an array of engaging activities suitable for various ages and grades. With over 60 curriculum-based activities right out of the box, children can enhance their fine motor skills and unleash their creativity in a structured yet enjoyable manner. The free smART Sketcher® 2.0 app opens up a world of possibilities, allowing kids to snap photos and project them onto paper for tracing—perfect for honing their artistic skills like never before! Have endless fun creating custom coloring pages, including all your favorite characters, pets and family members, the options are limitless. Expand the fun with additional content cartridges (sold separately), offering educator-vetted spelling activities, cursive writing lessons, language tutorials, and themed drawings. Additionally, it's an effective occupational therapy tool, aiding in fine motor development, fine motor skills, fine motor activities and hand-eye coordination. Ideal for birthdays, smART Sketcher® 2.0 makes a thoughtful birthday gift for a girl or birthday gift for a boy who loves to unleash their creativity through art. Gift them the joy of exploration and discovery with this exceptional educational toy that grows with them. smART Sketcher® 2.0 is an art projector for tracing. Empowering cookie decorators with a precise tool for consistent, perfect results. By projecting designs onto cookies, decorators can easily trace intricate patterns with a piping bag, ensuring professional-quality decorations every time.

## Important information

### Safety Information

Choking Hazard - Small Parts

## From the manufacturer



**App Enabled for Endless Creativity**

   

**Snap a Photo or Download Your Favorite Image, the Power is Yours**

In a world of endless possibilities, your device becomes a portal to boundless creativity. Snap a photo of a cherished family member, a beloved pet, or even a treasured toy, the lens of your device captures anything you want to draw. But it doesn't stop there. With the digital world at your fingertips, you can seek out any image imaginable. From favorite characters to iconic buildings, portraits of historical figures or sports teams, the options are unlimited. Learn to draw anything you want with the incredible smART Sketcher 2.0.

**Customize Your Image in the App**

Download the smART Sketcher app (Android or iOS) to transform your device into a creative powerhouse. When you upload your chosen image for customization you can define your style, fine-tune the contrast, or convert any image into a step-by-step tutorial, making creativity truly boundless.

**Project the Image and Sketch or Trace**

Witness the magic as your smART Sketcher brings your chosen image to life with a seamless Bluetooth connection, projecting it onto any surface. Settle in and enjoy as you sketch and trace your custom masterpiece. Need your image larger? Simply elevate your projector on a sturdy box or stack of books to scale your creation to any size you desire. Let your imagination soar as you embark on limitless projects..

**Enjoy the Pride and Confidence that comes from Creativity**

Few moments compare to witnessing a child's expression filled with pride in their accomplishment. The smART Sketcher 2.0 is more than just a toy—it's a catalyst for confidence, independence, and self-expression. Designed to nurture their creativity while honing their artistic skills, it empowers children to explore their imaginations freely, fostering a sense of pride in their accomplishments that shines brighter than any masterpiece.

**Extend the Learning & Fun with Writing, Spelling, Language & Drawing Cartridges**

  

**Choose a Preloaded Image or Activity from Your Selected Cartridge**

Right out of the box the smART Sketcher 2.0 comes with 60+ sketching and learning activities. Extend your selection of images and activities with our creativity packs. Choose from exciting themes like Under the Sea, On the Farm, Jungle Animals, Dinosaur Adventures, Royal Princesses, Sports, Horses & Unicorns, Insect Kingdom, Museum Art and Historic Architecture. Tailor learning with age-specific English skills packs for ages 5–6 and 7–8. Spark endless creativity and learning adventures with the smART Sketcher 2.0!

**Step-by-Step Tracing Lines will be Projected on Your Surface**

This innovative projector guides them through each stroke, displaying step-by-step lines that appear on any surface as if by magic. It's not just about drawing—it's about creating moments of awe and wonder, as your child effortlessly transforms their blank surface into a beautiful masterpiece. Perfect for budding artists of all skill levels, the smART Sketcher 2.0 nurtures creativity, enhances fine motor skills, and builds confidence with every successful artwork they create.

**Add Color to your Finished Drawing and Watch it come to Life with Sounds and Movement**

Upon completing their artwork, your budding artist will be treated to a delightful surprise with the smART Sketcher 2.0. This innovative projector doesn't just help in creating stunning drawings; it brings them to life by adding vibrant, colorful backgrounds and charming animations that dance around their creation. This magical touch not only delights young artists but also inspires them to further enhance their drawings with a spectrum of bright colors and engaging backgrounds. The smART Sketcher 2.0 transforms simple sketches into animated masterpieces, sparking endless creativity and excitement in every drawing session.

**Compact and Saves Storage Space**

 

**Delivered Folded in Original Packaging**

Compact design fits perfectly in small spaces.

**Pull-Out Projector Head**

Lift the projector head from the base to prepare for assembly.

**Attach the Head on Top**

Place the projector head securely on top for setup.

**Project, Trace & Sketch on Any Surface, Unleash Unlimited Creativity**



Paper is only the beginning! With smART Sketcher 2.0, the world is your canvas. From t-shirts to greeting cards, cookies to cakes, fabric to tote bags, and even rocks—any surface can be a masterpiece. Dare to imagine and transform everyday objects into works of art. Become the smARTest artist and explore the endless possibilities of where creativity can take you!

 

   

**Project on Cookies & Cakes...**

**Embroidery, Tshirts & Totes...**

**Eggs? Of course! Stationary & Coloring Pages too...**

**Rocks, Greeting Cards the options never end!**

**Award Winning Toy that Fosters Learning Through Play**



### Top Holiday Toy - Toy Insider Winner

Toy Insiders honored the smART Sketcher 2.0 projector, recognizing its play value, innovation, safety, and overall quality. This prestigious award underscores Smart Sketcher's excellence and validates its appeal to children and parents alike. Trusted by experts, Smart Sketcher inspires creativity and learning, making it the perfect choice for young artists everywhere. Join the Smart Sketcher revolution and unlock endless possibilities today!

### National Parenting Products Award Winner - NPPA

The National Parenting Product Awards (NAPPA) has bestowed its coveted recognition upon the smART Sketcher 2.0 projector, acknowledging its exceptional play value, groundbreaking innovation, stringent safety standards, and overall quality. This prestigious accolade underscores Smart Sketcher's excellence and reinforces its appeal to both children and parents. Endorsed by trusted experts, Smart Sketcher ignites creativity and fosters learning, positioning it as the ultimate choice for budding artists everywhere. Embrace the NAPPA-endorsed Smart Sketcher and embark on a journey of endless exploration and inspiration today!

### Moms Choice Award Winner

The prestigious Mom's Choice Awards has honored the smART Sketcher 2.0 projector, recognizing its outstanding play value, innovative design, commitment to safety, and overall excellence. This esteemed accolade reaffirms Smart Sketcher's appeal to families and underscores its dedication to quality. Trusted by experts, Smart Sketcher inspires young artists, sparking creativity and promoting learning. With the endorsement of the Mom's Choice Awards, Smart Sketcher stands as the premier choice for budding creators everywhere. Experience the award-winning Smart Sketcher and embark on a journey of limitless imagination and discovery today!

### Oppenheim Toy Portfolio - Best Toy Award - Gold Seal

The Oppenheim Toy Portfolio has bestowed its esteemed Gold Seal upon the smART Sketcher 2.0 projector, acknowledging its quality, innovation, safety, and suitability for the intended age group. This prestigious endorsement affirms Smart Sketcher's appeal to families and its dedication to providing high-quality, enriching experiences for children. Trusted by child development experts, Smart Sketcher ignites imagination and fosters creative exploration, positioning it as the ultimate choice for budding artists everywhere. Embrace the Oppenheim-endorsed Smart Sketcher and embark on a journey of boundless creativity and discovery today!

---

## Based on your recent views
Sponsored ⓘ

      

Page 1 of 58

**VigorFun Sewing Kit for Kids Beginner Arts and Crafts, Make DIY Projects of Fairy T....**
★★★★☆ 8
$23⁹⁹
✓prime Two-Day
FREE delivery **Saturday, Nov 23**
Save 50% with coupon

**Sketch and Trace with Drawing Projector for Kids Ages 4-8 and Older, Painting Proje...**
★★★☆☆ 42
$29⁹⁷
✓prime One-Day
FREE delivery **Tomorrow**
Save 20% with coupon

**Aikmi Robot Toys for Kids 5-7, Rechargeable Remote Control Robot with Projector Nig...**
★★★★☆ 162
Black Friday Deal
-20% $26³⁸
List Price: $32.98
✓prime One-Day
FREE delivery **Tomorrow**

**KETIEE Dinosaur Drawing Projector Toys for Ages 5-7 Tracing and Drawing Projector f...**
★★★★☆ 32
Black Friday Deal
-20% $20⁷⁷
List Price: $25.97
✓prime One-Day
FREE delivery **Tomorrow**

**Projection Drawing for kids , smart art sketch Slide Cartoon P...**
★★★★☆ 108
$37⁹⁹
✓prime One-Day
FREE delivery **Tomorrow**

**Kids Projection Drawing Toy,Smart Drawing Projector Toys , Trace and Draw Projector f...**
★★★★☆ 203
$35⁹⁹
✓prime One-Day
FREE delivery **Tomorrow**

**Crayola Light Up Tracing Pad - Blue, Tracing Light Box for Kids, Drawing Pad, Toys ...**
★★★★☆ 8,053
#1 Best Seller
Black Friday Deal
-35% $17⁴⁹
List Price: $26.99
✓prime Overnight
FREE delivery **Overnight** if you order $25 of qualifying items

---

## What's in the box
- Smart Sketcher Projector; USB Cable; 60+ pre-loaded step-by-step drawing activities. (Drawing materials not included)

## Products related to this item
Sponsored ⓘ

     

Page 1 of 20

**Nex Playground Game System, Indoor Family Game Night, Fun Games & Physical Play, Un...**
★★★★☆ 441
#1 Best Seller
Black Friday Deal
-20% $159⁰⁰
List Price: $199.99
✓prime Overnight
FREE delivery **Overnight**

**Projection Drawing for Kids , smart art sketch projector toy, with 32 Slide Cartoon P...**
★★★★☆ 108
$37⁹⁹
✓prime One-Day
FREE delivery **Tomorrow**

**PlayShifu Plugo Count (Kit + App) : Educational Math Toy for Kids Age 4 to 8, 5 Int...**
★★★★☆ 3,597
Black Friday Deal
-47% $31⁹⁹
List Price: $59.99
✓prime Two-Day
FREE delivery **Saturday, Nov 23**

**Seckton Upgrade Kids Selfie Camera, Christmas Birthday Gifts for Boys Age 3-9, HD D...**
★★★★☆ 26,305
Black Friday Deal
-37% $26³⁹
List Price: $41.99
✓prime Overnight
FREE delivery **Overnight**

**Fun Forts Glow Fort Building Kit for Kids - 81 Pack Glow in The Dark STEM Building ...**
★★★★☆ 9,810
$34⁹⁹
✓prime Overnight
FREE delivery **Overnight**
Save 5% with coupon

**Crayola Light Up Tracing Pad - Blue, Tracing Light Box for Kids, Drawing Pad, Toys ...**
★★★★☆ 8,053
#1 Best Seller
Black Friday Deal
-35% $17⁴⁹
List Price: $26.99
✓prime Overnight
FREE delivery **Overnight** if you order $25 of qualifying items

**Wooden Painting Craft Supplies Kit for Kids, Arts and Crafts for Boys and Girls Age...**
★★★★☆ 74
Black Friday Deal
-27% $23⁹⁹
List Price: $32.99
✓prime Two-Day
FREE delivery **Saturday, Nov 23**
Save 30% with coupon

---

## Videos
Page 1 of 3

### Videos for this product

     

2:06 **Honest Review of Smart Sketcher 2.0 Projector** HannahLane Photo

2:51 **smART Sketcher 2.0 | Fun For Kids But Is It Worth It?** Team Kandy

1:18 **Creative, fun and entertaining! Watch to see a demo of this!** Lauren Calloway

2:11 **Honest Review of the Smart Sketcher 2.0!** Reviews by Brittany

**DEMO & the BE Flycatcher Sma** Tina's Nook

Upload your video

---

 

**Rated Best Value Drawing Projector**
TPKingdom Drawing Projector for kids , smart ar...
4.3 ★★★★☆ 153
Black Friday Deal
-20% $31⁹⁶ $39.95

Sponsored ⓘ

---

## 🔵 Looking for specific info?

Ask Rufus or search reviews and Q&A →

Can it project photos from a phone?   Does it improve fine motor skills?   Are refill cartridges widely available?

Is app required or is projector self contained?   Are instructions easy for young kids to follow?

---

## Customer reviews
★★★★☆ 4.5 out of 5
734 global ratings

| | |
|---|---|
| 5 star | 79% |
| 4 star | 8% |
| 3 star | 5% |
| 2 star | 2% |
| 1 star | 6% |

How customer reviews and ratings work ⌄

### Review this product

### Customers say

Customers find the graphic tablet fun for kids and adults who enjoy drawing. They find it easy to use and follow along with the step-by-step draw along. Many customers appreciate its quality and drawing ability. However, some customers are disappointed with the brightness. There are mixed opinions on value for money, functionality, and picture quality.

AI-generated from the text of customer reviews

**Select to learn more**
✓ Fun for kids | ✓ Ease of use | ✓ Quality | ✓ Drawing ability | Value for money
Functionality | Picture quality | ⊖ Brightness

### Reviews with images
See all photos ›

    

Share your thoughts with other customers

Write a customer review

DELL Technologies
intel CORE i7
Discover what simple can do.
Inspiron 15
Shop Now
Sponsored ⓘ

Top reviews ▾

**Top reviews from the United States**

melissa J.
★★★★★ **Works great!**
Reviewed in the United States on September 14, 2024
Verified Purchase
This is a little expensive for my liking but bought it anyway and it was worth it for the joy it brought my granddaughter. She's 8 and is an inspiring artist. She likes taking pics and uploading them to draw. Easy to use and fun
10 people found this helpful
Helpful | Report

Blain M Michel
★★★★★ **Perfect projector for cookies**
Reviewed in the United States on September 17, 2024
Verified Purchase
I use this kids projector for my drawings on my cookies for my small cookie business. It was the perfect value for the money and it's the best functionality great drawing ability. Just connect to Canva and you will be perfect In your ability to create better images on your cookies
29 people found this helpful
Helpful | Report

Marrilee Perry
★★★★★ **My 11yr old loves**
Reviewed in the United States on August 9, 2024
Verified Purchase
Got this for my artist. She loves to draw then color the picture's she makes. Great quality, good value for the money
5 people found this helpful
Helpful | Report

Amazon Customer
★★★★★ **Great for art projects**
Reviewed in the United States on September 9, 2024
Verified Purchase
Great product easy to use bought it as a birthday gift my niece loves it spends a lot of time doing art work as well as sketches of her dogs and other pictures she likes .
3 people found this helpful
Helpful | Report

Michael N.
★★★★★ **Perfect**
Reviewed in the United States on October 29, 2024
Verified Purchase
My Great niece loves it! Thank you!
One person found this helpful
Helpful | Report

Kindle Customer
★★★★☆ **Good for small sketches**
Reviewed in the United States on July 17, 2024
Verified Purchase
It's advertised for kids, but I sure do enjoy it as an adult. I use it for sketching in my 5.5"x8.5" sketchbook. I trace the basic outline, then color in on my own. The only drawback to the device is that you can't really draw large sketches. The drawings you see here were done with photos I bluetoothed from my iPhone.
19 people found this helpful
Helpful | Report

Jessika
★★★★★ **Such an amazing gift for your favorite artist**
Reviewed in the United States on January 7, 2024
Verified Purchase
My 8yr old is an artist and there's not much in the way of art that she doesn't have. So while on the hunt for great Xmas gifts I ran across an ad for the sketcher. I was skeptical at first bc if the cartridge and app thing I assumed it would only work for predetermined pictures. Doing more research I discovered you could add any picture you wanted to through the app. You can still do this for free. My daughter loves it and has used it multiple times since opening on Xmas. You can buy a subscription in the app for the whole library and step by step instructions for each image. My daughter already draws exceptionally well so she just uploads her own images and draws those. If you have a kid that loves drawing they will use this for years. There's plenty in the app to draw as well and the subscription is affordable and worth it if your artist and trying to develop thier drawing skills. Overall it's a great purchase, works well, easy to use and will provide a lot of fun for all the artist in your family.
20 people found this helpful
Helpful | Report

Kindle CustomerGlenn
★★★★★ **Grand daughter lives it**
Reviewed in the United States on September 19, 2024
Verified Purchase
Birthday present for 7 yr old grand daughter. She spent 4 hours playing with it among several other gifts.
2 people found this helpful
Helpful | Report

See more reviews ›

**Top reviews from other countries**

Translate all reviews to English

Claudia Rodriguez
★★★★★ **Excelente producto**
Reviewed in Mexico on January 7, 2024
Verified Purchase
Mi hija súper feliz, todo el día quiere estar dibujando 🎉
Report
Translate review to English

Wonderful product and excellent service
★★★★☆ **I received this product but have not tried it out yet**
Reviewed in Canada on July 13, 2023
Verified Purchase



Report



★★★★★ Great Product but really too expensive
Reviewed in Australia on April 1, 2023
**Verified Purchase**
The product is great but I expect more pics for the high price that I paid for.

Report

Cuauhtémoc

★★★☆☆ Muy caro para la calidad que tiene
Reviewed in Mexico on February 19, 2023
**Verified Purchase**
La cabeza se desprende fácilmente y es molesto tener que ponerla a cada rato, no es recargable, debes dejarlo conectado permanentemente a la luz o no funciona además de que no trae adaptador para corriente, debes comprarlo aparte y por último, si no quieres tenerlo conectado, puedes poner pilas, pero se la acaba rapidísimo

Report

Translate review to English

See more reviews ›

Rated Best Value Drawing Projector

TPKingdom Drawing Projector for kids , smart art...
Black Friday Deal
-20% $31⁹⁶ $39.95

Sponsored ⓘ

Charger for Lenovo Thinkpad T14 T14s T15...
★★★★½ 400
Amazon's Choice in Laptop Chargers & Adapters
-37% $15¹²

Lenovo L15 Portable Monitor, 15.6" Display, Full HD Resolution, IPS Panel, 250 nits Brightness, 60Hz Refres...
★★★★½ 47
-5% $169²²

Lenovo Go USB-C Laptop Power Bank (20000 mAh) - 65W – USB-C and USB-A Ports - Fast Charging Portable Power Station...
★★★★☆ 75
-27% $83⁹⁰

Lenovo Laptop Charger 65W Watt USB Type C(USB-C) AC Power Adapter - ThinkPad T14 T15 E14 E15 X1Carbon...
★★★★½ 66
$29⁹⁹

ThinkPad E16 Business Laptop (16" FHD+ Touchscreen, AMD Ryzen 5 7530U, 16GB RAM,...
★★★★½ 62
Amazon's Choice in Traditional Laptop Computers

Lenovo Yoga Computer Mouse For PC, Laptop, Computer With Windows Or Chrome - 2.4GHz Wireless Nano Receiver ...
★★★★½ 829
-33% $47¹⁹