UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC,  EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., VALUE VALLEY WHOLESALE LLC,  ADAM HAMIDA and JOHN DOES 1 to 25. <br><br> DEFENDANTS. | CIVIL ACTION <br><br> No. 24-9429 (KPF) |

**DECLARATION OF TAL S. BENSCHAR OF SERVICE OF ORDER TO SHOW CAUSE**

TAL S. BENSCHAR declares that:

1.   I am Of Counsel with Koffsky Schwalb LLC, counsel for plaintiffs Flycatcher Corp. Ltd. and Flycatcher Toys Inc. (collectively "Flycatcher").

2.   On May 5, 2026, the Court entered an Order to Show Cause directed to seven defendants (AYANEE LLC, CREATIVE REWARDS INC., PRETTY PRINCESS LLC, FORTUNA KG LLC, JOAN ALEXANDER SORIANO, MODA ORIGINAL LLC, and PRETTY PRINCESS LLC, collectively, the "Defaulting Defendants").

3.   On May 7, 2025, I served each of those Defaulting Defendants with the Order to Show Cause and all supporting papers via Certified U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 27, 2026

Tal S. Benschar

2