

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

May 28, 2026

**VIA ECF ONLY**

Hon. Katherine Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   *Flycatcher Corp. Ltd. v. Affable Avenue LLC et al.*
       **Case No. 24-cv-09429 (KPF)**

Dear Judge Failla:

      This office represents defendant Top Experience Company LLC d/b/a We Pay Cost LLC ("Top") in the above-captioned matter. Pursuant to § 2(C)(i) of Your Honor's Individual Rules of Practice in Civil Cases ("Rules"), Top respectfully requests a brief extension of time — **until June 9, 2026** — by which to file a response to plaintiffs' Fourth Amended Complaint. (ECF 306). Plaintiffs' counsel has not responded to Top's request for consent, despite repeated requests made yesterday and earlier today.

      The Court's April 30, 2026 minute order provides that defendants "shall file their answers to the amended complaint on or before May 29, 2026." Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the undersigned respectfully submits that "good cause" exists for the requested extension of time. Despite this office's diligent and repeated efforts to get in touch with Top's principal in recent weeks, it has not been able to do so. The undersigned submits that additional time is needed to discuss with Top the content and merits of its anticipated affirmative defenses and counterclaims.

      In further compliance with § 2(C)(i) of the Rules, Top further states as follows:

i.     Top's original due date to file its Answer to the Fourth Amended Complaint is Friday, May 29, 2026;

ii.    No prior request for an extension of time to file an Answer to the Fourth Amended Complaint has been made; and

Hon. Katherine Polk Failla, U.S.D.J.
May 28, 2026
Page 2 of 2

iii.    The proposed extension of time does not in Top's view impact plaintiffs and defendants' need by June 18, 2026 to "file a letter addressing (i) whether it intends to move to dismiss Top's (or any other Defendant's) counterclaims; and (ii) the parties' position(s) with respect to the discovery schedule." (4/30/2026 Order).

The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc:     All Counsel of Record (*via ECF only*)