UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD and FLYCATCHER TOYS, INC.,<br><br>Plaintiffs,<br><br>-v.-<br><br>AFFABLE AVENUE LLC, *doing business as* CJ DIST; OZMOS COMPANY LLC; EYTAN GROSSMAN, *doing business as* EYG DEALS; CREATIVE REWARDS INC.; JOSHUA CHAVEZ, *doing business as* ONESTOPFASTSHOP; TOP EXPERIENCE COMPANY LLC, *doing business as* WE PAY COST LLC; PRETTY PRINCESS LLC, *doing business as* NORVI; AYANEE LLC; FORTUNA KG LLC, *doing business as* FORTUNAKG; JAXSON MANAGEMENT LLC; JOAN ALEXANDER SORIANO, *doing business as* PRIMECHOICEMART; A WAHABI CORPORATION, *doing business as* MCPROFITS; MODA ORIGINAL LLC; VALLEY BODEGA WHOLESALE INC.; EYAD WAHBY; SAM SHAMLOO; S&N GLOBAL SUPPLY INC.; VALUE VALLEY WHOLESALE LLC; ADAM HAMIDA; and JOHN DOES 1 to 25,<br><br>Defendants. | 24 Civ. 9429 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to unforeseen scheduling conflicts, the Order to Show Cause hearing previously scheduled for June 11, 2026, is hereby ADJOURNED to **June 18, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  (*See* Dkt. #301).  Plaintiffs' counsel is directed to serve a copy of this Order on the Defendants whom the Court ordered to show cause — Ayanee LLC, Creative Rewards Inc., Pretty Princess LLC, Fortuna KG LLC, Joan Alexander Soriano, Moda Original LLC,

and Value Valley Wholesale LLC — and to file proof of service on the docket.

Any opposition papers remain due by June 4, 2026.  (*See id.*).

SO ORDERED.

Dated:    June 3, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge