MANDELBAUM BARRETT PC
ATTORNEYS AT LAW

**MEMO ENDORSED**

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

June 3, 2026

**VIA ECF & EMAIL ONLY**

Hon. Katherine Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**Re: *Flycatcher Corp. Ltd. v. Affable Avenue LLC et al.***
**Case No. 24-cv-09429 (KPF)**

Dear Judge Failla:

This office represents defendant Top Experience Company LLC d/b/a We Pay Cost LLC ("Top") in the above-captioned matter. Further to the instructions received from Your Honor's Chambers, we write to the Court now to advise that the law firm of Mandelbaum Barrett PC and its lawyers Brian M. Block, Esq. and the undersigned (collectively, the "Firm"), seek to withdraw as counsel of record to Top pursuant to L. Civ. R. 1.4(b).

As explained in detail in the "full dress" motion for withdrawal which has been prepared for the Court's review *in camera*, the relationship between Top and the Firm has become unworkable in recent weeks pursuant to L. Civ. R. 1.4(b) and 1.16(c) of the New York Rules of Professional Conduct.

As further set forth in the motion, and for good cause shown, the Firm is asserting both a retaining lien and a charging lien in this matter, as the two liens are cumulative, not exclusive. *See Stair v. Calhoun*, 722 F. Supp. 2d 258, 267-268 (E.D.N.Y. 2010) (confirming that the simultaneous assertion of both liens under New York law is procedurally and substantively permissible); *Ramgoolie v. Ramgoolie*, 2020 WL 1989292, at *6 (S.D.N.Y. Apr. 27, 2020) ("Retaining liens and charging liens are cumulative—not exclusive—methods of recovery for attorneys who withdraw for good cause.").

Accordingly, the Firm respectfully requests that it be permitted leave to provide its more fulsome motion to withdraw to the Court for its *in camera* review.

The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc: All Counsel of Record (*via ECF only*)
Top Experience Company LLC d/b/a We Pay Cost LLC (*via email only*)

The Court has reviewed the application to withdraw as counsel to Defendant Top Experience Company LLC (Dkt. #317), as well as counsel's further *in camera* submissions. Counsel's request to withdraw is GRANTED.

On or before **July 17, 2026,** Top shall submit a letter identifying its new counsel; if it does not, the Court expects Plaintiffs to pursue default judgment. Outgoing counsel shall transmit this Order to their former client and file proof of service on the docket.

Because Mr. MacMull's motion for attorneys' fees against Mr. Feldman remains pending (Dkt. #243), the Court will not terminate counsel from the docket at this time, but this Order confirms that Mr. MacMull and Mr. Block no longer serve as counsel to Top.

Dated: June 12, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE