

**MEMO ENDORSED**

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

June 12, 2026

**VIA ECF ONLY**

Hon. Katherine Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

        **Re:**   *Flycatcher Corp. Ltd. v. Affable Avenue LLC et al.*
             **Case No. 24-cv-09429 (KPF)**

Dear Judge Failla:

This office represents defendant Top Experience Company LLC d/b/a We Pay Cost LLC ("Top") in the above-captioned matter. We write to the Court now in view of this office's oversight in failing to timely respond to plaintiffs' Fourth Amended Complaint ("FAC") (ECF 306) or otherwise seeking additional time.

On May 28, 2026, this office wrote to the Court seeking an extension of time until June 9, 2026, by which to respond to the FAC. (ECF 314). The Court granted that application. (*Id.*). This response date, however, was not properly calendared and, consequently, this office failed to meet the new deadline. We apologize to the Court and counsel for our oversight.

However, as the Court is also aware, this office has moved to be relieved as counsel since the initial date Top sought more time to respond to the FAC — May 28, 2026. (ECF 319 *and* the undersigned's *in camera* email to Chambers dated Friday, June 5, 2026). The firm's motion to be relieved as counsel remains pending before the Court.

Accordingly, in view of this intervening event, we respectfully request that Top's time to respond to the FAC be extended indefinitely until such time as the Court has ruled on the pending motion to withdraw. And, for the very same reasons set forth within that motion, we submit there is no prejudice to plaintiffs or any defendant in granting Top this relief.

Hon. Katherine Polk Failla, U.S.D.J.
June 12, 2026
Page 2 of 2

The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc:    All Counsel of Record (*via ECF only*)

In light of the Court's Order granting counsel's request to
withdraw filed earlier today, Top's deadline to answer or otherwise
respond to the Fourth Amended Complaint is hereby ADJOURNED until
**twenty-one days after Top's new counsel files a notice of
appearance on the docket.**

The Clerk of Court is directed to terminate the pending motion at
docket entry 323.

Dated:    June 12, 2026        SO ORDERED.
          New York, New York

          HON. KATHERINE POLK FAILLA
          UNITED STATES DISTRICT JUDGE