UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD and FLYCATCHER TOYS, INC.,<br><br>                       Plaintiffs,<br><br>                       -v.-<br><br>AFFABLE AVENUE LLC, *doing business as* CJ DIST; OZMOS COMPANY LLC; EYTAN GROSSMAN, *doing business as* EYG DEALS; CREATIVE REWARDS INC.; JOSHUA CHAVEZ, *doing business as* ONESTOPFASTSHOP; TOP EXPERIENCE COMPANY LLC, *doing business as* WE PAY COST LLC; PRETTY PRINCESS LLC, *doing business as* NORVI; AYANEE LLC; FORTUNA KG LLC, *doing business as* FORTUNAKG; JAXSON MANAGEMENT LLC; JOAN ALEXANDER SORIANO, *doing business as* PRIMECHOICEMART; A WAHABI CORPORATION, *doing business as* MCPROFITS; MODA ORIGINAL LLC; VALLEY BODEGA WHOLESALE INC.; EYAD WAHBY; SAM SHAMLOO; S&N GLOBAL SUPPLY INC.; VALUE VALLEY WHOLESALE LLC; ADAM HAMIDA; and JOHN DOES 1 to 25,<br><br>                       Defendants. | 24 Civ. 9429 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      This matter having been opened by Koffsky Schwalb LLC, counsel for

Plaintiffs, via Order To Show Cause why default judgment should not be

entered against Defendants Ayanee LLC, Pretty Princess LLC d/b/a Norvi,

Fortuna KG LLC d/b/a Fortunakg, Joan Alexander Soriano d/b/a

Primechoicemart, Moda Original LLC, and Value Valley Wholesale LLC; and the

Court having entered an Order to Show Cause directed to these Defendants;

and the Court having considered all papers in support and opposition to the

Order to Show Cause; and having held a hearing on same; and for good cause shown; it is hereby ORDERED as follows:

1. Default Judgment as to liability on Counts I, II, III, VI, VII, VIII, and IX of the Third Amended Complaint is entered against Defendants Ayanee LLC, Pretty Princess LLC d/b/a Norvi, Fortuna KG LLC d/b/a Fortunakg, Joan Alexander Soriano d/b/a Primechoicemart, and Moda Original LLC in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

2. Default Judgment as to liability on Counts I and II of the Third Amended Complaint is entered against Defendant Value Valley Wholesale LLC in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

The Court will not at this time order an inquest on damages as to these Defendants.

SO ORDERED.

Dated:    June 18, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2