UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLYCATCHER CORP. LTD., et al.,

PLAINTIFFS,

v.

AFFABLE AVENUE LLC dba CJ DIST, et al.,

DEFENDANTS.

CIVIL ACTION

No. 24-9429 (KPF)

**Proposed ORDER**

Plaintiffs having requested that the Court modify in part its prior Order granting default judgment as to liability as to defendant S&N Global Supply Inc. (ECF No. 341); it is hereby

ORDERED as follows:

The Court's prior Order (ECF No. 341) is modified in part to read "default judgment as to liability on Counts I, II and VII of the 4AC is ENTERED against S&N pursuant to Federal Rule of Civil Procedure 55(b)." The same Order is further modified to read: "The Clerk of Court is directed to terminate the pending motion at docket entry 337 and is further directed to enter default judgment as to liability on Counts I, II and VII of the Fourth Amended Complaint against S&N Global Supply Inc."

Dated: July 27, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge