UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC.,

PLAINTIFFS,

v.

AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., VALUE VALLEY WHOLESALE LLC, ADAM HAMIDA and JOHN DOES 1 to 25.

DEFENDANTS.

CIVIL ACTION

No. 24-9429 (KPF)

**ORDER FOR DEFAULT JUDGMENT AS TO DEFENDANT TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC**

This matter having been opened by Koffsky Schwalb LLC, counsel for Plaintiffs, via Order To Show Cause why default judgment should not be entered against Defendant TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC (the "Defaulting Defendant"); and the Court having entered an Order to Show Cause directed to the Defaulting Defendant; and the Court having considered all papers in support and opposition to the Order to Show Cause; and having held a hearing on same; and for good cause shown; it is hereby ORDERED as follows:

1. Default Judgment as to liability on Counts I, II, III, VI, VII, VIII, and IX of the Fourth Amended Complaint is entered against each of the Defaulting Defendants in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED:

Dated: September 28, 2026

Honorable Katherine Polk Failla,
United States District Judge