UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC.,<br><br>PLAINTIFFS,<br><br>v.<br><br>AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., VALUE VALLEY WHOLESALE LLC, ADAM HAMIDA and JOHN DOES 1 to 25.<br><br>DEFENDANTS. | CIVIL ACTION<br><br>No. 24-9429 (KPF)<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANTS A WAHABI CORPORATION, EYAD WAHBY, AND JAXSON MANAGEMENT LLC** |

**PLEASE TAKE NOTICE** that in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss their claims against defendants A Wahabi Corporation, Eyad Wahby, and Jaxson Management LLC WITHOUT PREJUDICE. All other claims against all other defendants are unaffected.

Dated: New York, New York
September 28, 2026

KOFFSKY SCHWALB LLC
By: *Tal S. Benschar*
Efrem Schwalb
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, New York 10018

(646) 553-1590

*Attorneys for Plaintiffs*
*Flycatcher Corp. Ltd.*
*and Flycatcher Toys Inc.*

Dated: September 29, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE