KOFFSKY SCHWALB LLC

**Efrem Schwalb**
eschwalb@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

October 9, 2026

**VIA ECF and EMAIL**
Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, NY 10007

Re: *Flycatcher Corp. Ltd. et al v. Affable Avenue LLC, et al*.
No. 1:24-cv-09429-KPF

Dear Judge Failla:

This firm represents plaintiffs Flycatcher Corp. Ltd. and Flycatcher Toys Inc. (collectively "Flycatcher"). The Court previously ordered us to circulate and submit a proposed Case Management Plan. We circulated the attached draft by email to counsel for the remaining defendants. Counsel for Defendant Joshua Chavez responded that he approves of the submitted draft. Counsel for Defendant Valley Bodega Wholesale Inc. did not respond.

If the attached meets the Court's approval, we request that the Court enter same.

Respectfully Submitted,

/s/ Efrem Schwalb

Efrem Schwalb

cc: All appearing parties (via ECF)