KOFFSKY SCHWALB LLC

**Efrem Schwalb**
eschwalb@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

October 16, 2026

**VIA ECF and EMAIL**
Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, NY 10007

Re: *Flycatcher Corp. Ltd. et al v. Affable Avenue LLC, et al.*
No. 1:24-cv-09429-KPF

Dear Judge Failla:

This firm represents plaintiffs Flycatcher Corp. Ltd. and Flycatcher Toys Inc. (collectively "Flycatcher").

The Court entered default judgment against a number of parties. These default judgments were as to liability only. The Court has deferred the issue of damages until a later point. The Court's order provides: "The Court will not at this time order an inquest on damages as to these Defendants." (ECF No. 332; *see also* ECF Nos. 341, 344, 358, all noting entry of default judgment as to liability.) Flycatcher still needs to assess damages (which will likely require discovery) and then make an application to the Court.

Nevertheless, the Clerk marked the parties as "terminated." In its recent decision awarding fees to counsel for Top Experience (ECF No. 364), the Court directed the Clerk to amend the caption to omit these parties. However, they remain in the case for the purposes of damages.

Accordingly, we request that the Court order the following parties restored to the caption (and docket), so that Flycatcher may deal with damages as to them:

Affable Avenue LLC dba CJ Dist.; Ayanee LLC; Top Experience Company LLC dba We Pay Cost LLC; Pretty Princess LLC dba Norvi; Fortuna KG;; Moda Original LLC; S&N Global Supply Inc.; Joan Alexander Soriano dba PrimeChoiceMart; Value Valley Wholesale LLC.

We note that the following parties were completely dismissed by Flycatcher, and should *not* be restored: Fred Engh (ECF No. 76); Jaxson Management LLC, A Wahabi Corp. d/b/a McProfits; and Eyad Wahby (ECF No. 362).

Respectfully Submitted,

Efrem Schwalb

Efrem Schwalb

cc: All appearing parties (via ECF)