UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC.,<br><br>PLAINTIFFS,<br><br>v.<br><br>AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FRED ENGH d/b/a NWDEALZ, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, and JOHN DOES 1 to 25.<br><br>DEFENDANTS. | CIVIL ACTION<br><br>No. 24-9429 (KPF) |

**PROOF OF SERVICE OF DEFNDANT OZMOS COMPANY LLC**

TAL S. BENSCHAR declares that:

1. I am Of Counsel with Koffsky Schwalb LLC, counsel for Plaintiffs in the above action.
2. I make this declaration as proof of service on defendant Ozmos Company LLC ("Ozmos")
3. Ozmos was served with the Summons and Fifth Amended Complaint in accordance with Rule 4(e) and 4(h) of the Federal Rules of Civil Procedure and New York Limited Liability Law 304.

4. On October 9, 2026, a process server served a copy of the Summons and Fifth Amended Complaint upon the New York Secretary of State. An affidavit of service from the process server is attached as Exhibit 1.
5. On October 15, 2026, I sent a copy of the Summons and Fifth Amended Complaint via registered mail, return receipt requested, to the address listed by Ozmos with the Florida Secretary of State, where it was organized. Attached as Exhibit 2 is a copy of the listing with the Florida Secretary of State with the address used. Attached as Exhibit 3 is a copy of the receipt from the U.S. Post Office.
6. The US Post Office website indicates that the package was delivered on October 21, 2026. Attached as Exhibit 4 is a copy of the confirmation on the U.S. Post Office website.
7. The return receipt was returned to me and received on October 26, 2026. A copy of the return receipt is shown on Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 26, 2026

KOFFSKY SCHWALB LLC
By: /s/ Tal S. Benschar
Efrem Schwalb
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, New York 10018
(646) 553-1590

*Attorneys for Plaintiffs*
*Flycatcher Corp. Ltd.*
*and Flycatcher Toys Inc.*

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:24-CV-09429-KPF

Date Filed: 12/11/2024

Plaintiff:
**Flycatcher Corp. Ltd. and Flycatcher Toys Inc.**

vs.

Defendant:
**Affable Avenue LLC d/b/a CJ Dist., et al.**

**State of New York, County of Albany)ss.:**

For:
Koffsky Schwalb LLC
349 5th Avenue
New York, NY 10016

Received these papers to be served on **OZMOS COMPANY LLC**.

I, Mitchell Donovan, being duly sworn, depose and say that on the **9th day of October, 2026** at **3:15 pm, I:**

served the within named limited liability company, **OZMOS COMPANY LLC,** by delivering and leaving a true copy of the **Summons in a Civil Action, Fifth Amended Complaint with Exhibits and Civil Cover Sheet pursuant to New York State Section 304 LLCL together with statutory service fee in the amount of $40.00** with **Shayla Davis,** Authorized to Accept Service, as **Office Assistant 1**, of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. Thereafter, deponent enclosed a copy thereof with notice, in a postpaid first class envelope, registered mail, return receipt requested, properly addressed to defendant at defendant's last known place of business and/or registered agent: 802 East 92nd Street, Brooklyn, NY 11236 Registered Mailing Receipt No.: RF 910 420 982 US

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Black, Height: 5'4", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action. I declare under the penalty of perjury that this information is true.

**Mitchell Donovan**

Our Job Serial Number: SRN-2026007643
Ref: 1519541

Subscribed and Sworn to before me on the 19th day of October, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2030

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

**EXHIBIT 1**

Division of CORPORATIONS
sunbiz.org
an official State of Florida website





## Detail by Entity Name

Florida Limited Liability Company
OZMOS CO. LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L16000082055 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 04/27/2016 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/23/2022 |
| **Event Effective Date** | NONE |

### Principal Address

10800 N.W. 21ST ST., UNIT 100
MIAMI, FL 33172

### Mailing Address

10800 N.W. 21ST ST., UNIT 100
MIAMI, FL 33172

### Registered Agent Name & Address

PBYA CORPORATE SERVICES, LLC
200 S. ANDREWS AVE.
STE. 600
FT. LAUDERDALE, FL 33301

Registered Agent Resigned: 05/08/2025

### Authorized Person(s) Detail

**Name & Address**

Title MGR

GIULIANO SCHVIND, DAIAN
ALSINA 662, PARANA
ENTRE RIOS, ARGENTINA 3100, AL

Title MEMBER

yaakov , ashlem L
1421 EAST 2ND STREET
BROOKLYN, NY 11230

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2019 | 11/13/2019 |
| 2020 | 06/30/2020 |
| 2021 | 03/17/2021 |

| | |
|---|---|
| 05/08/2025 -- Reg. Agent Resignation | View image in PDF format |
| 03/17/2021 -- ANNUAL REPORT | View image in PDF format |
| 06/30/2020 -- ANNUAL REPORT | View image in PDF format |
| 11/13/2019 -- REINSTATEMENT | View image in PDF format |
| 04/26/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2016 -- Florida Limited Liability | View image in PDF format |





EXHIBIT 2

**Registered No.** RF760873659US

**Date Stamp**

ALLWOOD POST OFFICE 07012 OCT 15 2026

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $2.56 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $10.90 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $4.65 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $28.11 | |
| ☐ Restricted Delivery $ $0.00 | | |
| Customer Must Declare Full Value $ $0.00 | Received by 10/15/2026 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Tal Benschar, 39 Ravona St., Clifton NJ 07012

TO: Ozmos Co LLC, 10800 NW 21st St. Unit 100, Miami, FL 33172

PS Form **3806, Registered Mail Receipt** — *Copy 1 - Customer*
April 2015, PSN 7530-02-000-9051 — *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ozmos Co. LLC
10800 NW 21st St.
Unit 100
Miami, FL 33172

9590 9402 9208 4295 4612 33

2. Article Number *(Transfer from service label)*
RF 760 873 659 US

PS Form **3811**, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature ☐ Agent ☐ Addressee
**X**

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**EXHIBIT 3**

# USPS Tracking®

Tracking / FAQs

Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Tracking Number:

**RF760873659US**

Copy Add to Informed Delivery

Remove ✕

**Latest Update**

Your item has been delivered to an agent and left with an individual at the address at 4:37 pm on October 21, 2026 in MIAMI, FL 33172.

**Delivered to Agent**

**Delivered to Agent, Left with Individual**
MIAMI, FL 33172
October 21, 2026 4:37 PM

See All Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback



Copyright © 2026 USPS. All Rights Reserved.

**EXHIBIT 4**