UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLYCATCHER CORP. LTD. and FLYCATCHER TOYS INC.,<br><br>PLAINTIFFS,<br><br>v.<br><br>AFFABLE AVENUE LLC dba CJ DIST, OZMOS COMPANY LLC, EYTAN GROSSMAN d/b/a EYG DEALS, CREATIVE REWARDS INC., JOSHUA CHAVEZ d/b/a ONESTOPFASTSHOP, TOP EXPERIENCE COMPANY LLC d/b/a WE PAY COST LLC, PRETTY PRINCESS LLC d/b/a NORVI, AYANEE LLC, FORTUNA KG LLC d/b/a FORTUNAKG, JAXSON MANAGEMENT LLC, JOAN ALEXANDER SORIANO d/b/a PRIMECHOICEMART, A WAHABI CORPORATION d/b/a MCPROFITS, MODA ORIGINAL LLC, S&N GLOBAL SUPPLY INC., SAM SHAMLOO, EYAD WAHBY, VALLEY BODEGA WHOLESALE INC., VALUE VALLEY WHOLESALE LLC, ADAM HAMIDA and JOHN DOES 1 to 25.<br><br>DEFENDANTS. | CIVIL ACTION<br><br>No. 24-9429 (KPF) |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL AS TO DEFENDANT CREATIVE REWARDS INC.**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, it is hereby Stipulated by the parties through their undersigned counsel, and ORDERED by the Court that all claims against Defendant Creative Rewards Inc. are hereby DIMISSED WITHOUT PREJUDICE.

SO ORDERED:

Dated:

______________________________
Hon. Katherine Polk Failla, U.S.D.J

SO STIPULATED

| KOFFSKY SCHWALB LLC | WOLKENSTEIN & WOLKENSTEIN ESQS |
|---|---|
| By:/s/ Efrem Schwalb<br>Efrem Schwalb<br>Tal S. Benschar<br>500 Seventh Avenue, 8th Floor<br>New York, New York 10018<br>(646) 553-1590<br><br>*Attorneys for Plaintiffs*<br>*Flycatcher Corp. Ltd.*<br>*and Flycatcher Toys Inc.* | By: *_/s/ David J. Wolkenstein_*<br>David J. Wolkenstein, Esq.<br>1436 E. 26th Street<br>Brooklyn, New York<br>11210 (646) 258-3313<br>David.Wolkenstein@outlook.com<br><br>*Attorneys for Defendant*<br>*Creative Rewards Inc.* |