**LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC**
483 CHESTNUT STREET
CEDARHURST, NEW YORK 11516
------
(516) 295-0903
FAX: (516) 706-3963
*www.eblumenthallaw.com*

ELLIOT J. BLUMENTHAL
elliot@eblumenthallaw.com

November 6, 2026

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: *Flycatcher Corp. Ltd., et al. v. Ozmos Company LLC, et al.,*
Case No. 24-cv-09429-KPF

Dear Judge Failla:

I represent Steven Feldman, Esq. regarding the fee application made by Mandelbaum Barrett PC pursuant to the Court's Opinion and Order dated February 5, 2026. I write to inform the Court that payment of the award in full will be made this afternoon by wire from my escrow account to the Mandelbaum Barrett account. Given the financial difficulties outlined in my prior letter, we wish to explain that community charitable resources and loans from family members were used to help Mr. Feldman pay the $38,877.59 award.

Thanking the Court for its continued courtesies, we remain,

Respectfully yours,

**LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC**

By: ______________________
ELLIOT J. BLUMENTHAL

cc: All counsel (via ECF)
Joel MacMull, Esq. (via email)
Brian Block, Esq. (via email)