**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FLYCATCHER CORP. LTD and FLYCATCHER TOYS, INC.,<br>Plaintiffs,<br>-v.-<br>AFFABLE AVENUE LLC, doing business as CJ DIST, et al.,<br>Defendants. | 24 Civ. 9429 (KPF)<br>**NOTICE OF MOTION TO DISMISS THE FIFTH AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated November 13, 2026, and upon all prior pleadings and proceedings in this action, Defendant Sam Shamloo, appearing pro se in his individual capacity only, will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Counts I, II, IV, V, VI, VII, VIII, and IX of the Fifth Amended Complaint (Dkt. #360) as against him individually, with prejudice, together with such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated September 28, 2026 (Dkt. #359), Plaintiffs' opposition papers are due on or before December 11, 2026, and Defendant's reply papers are due on or before January 8, 2027.

Dated: Irvine, California
November 13, 2026

Respectfully submitted,

Sam Shamloo
Pro Se, Individual Capacity Only
2160 Barranca Parkway, #1121
Irvine, California 92606
(949) 307-3994
Samshamloo@sn-supplies.com

TO:

Efrem Schwalb, Esq.
Tal S. Benschar, Esq.
Koffsky Schwalb LLC
500 Seventh Avenue, 8th Floor
New York, New York 10018
Attorneys for Plaintiffs